**WEILAND, GOLDEN
SMILEY, WANG EKVALL & STROK, LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Hutchison B. Meltzer, State Bar No. 217166
hmeltzer@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
Telephone: 714-966-1000
Facsimile: 714-966-1002

Attorneys for Debtor
North Valley Mall, LLC, a California limited liability company

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| NORTH VALLEY MALL, LLC, a California limited liability company,<br><br>Debtor. | Case No. 8:09-bk-19346-TA<br><br>Chapter 11<br><br>**NOTICE OF EMERGENCY MOTION FOR ORDER: (1) AUTHORIZING THE USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(c) THROUGH NOVEMBER 30, 2009; AND (2) REQUIRING TURNOVER OF POST-PETITION RENTS TO THE DEBTOR**<br><br>DATE: September 15, 2009<br>TIME: 2:00 p.m.<br>CTRM: 5B |

**TO ALL PARTIES ENTITLED TO NOTICE:**

   **PLEASE TAKE NOTICE** that on **Tuesday, September 15, 2009, at 2:00 p.m.** in Courtroom 5B of the Ronald Reagan Federal Building and United States Courthouse in Santa Ana, CA, a hearing will be held on the Emergency Motion for Order: (1) Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c) Through November 30, 2009; and (2) Requiring Turnover of Post-Petition Rents to the Debtor ("Motion"). The Motion will be served separately from this Notice.

343416.1                                                                                                    ***CAPTION***

**PLEASE TAKE FURTHER NOTICE** that any opposition to the relief sought in the Motion must be presented to the Court at or by the time of the hearing. Failure to timely oppose the Motions may be deemed by the Court to be a consent to the granting of the relief sought therein.

Dated: September 10, 2009

WEILAND, GOLDEN
SMILEY, WANG EKVALL & STROK, LLP

By: _____
HUTCHISON B. MELTZER
Attorneys for North Valley Mall, LLC, a
California limited liability company,
Debtor

343416.1    2    ***CAPTION***

| In re: NORTH VALLEY MALL, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-19346 TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 TOWN CENTER DRIVE, SUITE 950, COSTA MESA, CA 92626

A true and correct copy of the foregoing document described <u>NOTICE OF EMERGENCY MOTION FOR ORDER: (1) AUTHORIZING THE USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(c) THROUGH NOVEMBER 30, 2009; AND (2) REQUIRING TURNOVER OF POST-PETITION RENTS TO THE DEBTOR</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>SEPTEMBER 10, 2009</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Jeffrey I Golden    jgolden@wgllp.com
Michael J Hauser    michael.hauser@usdoj.gov
Mary E Olden    molden@mhalaw.com, akauba@mhalaw.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On <u>SEPTEMBER 10, 2009</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>SEPTEMBER 10, 2009</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

The Honorable Theodor Albert
411 W. 4th Street, Suite 2030
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/10/09 | Kelly M. Rivera | *Kelly M. Rivera* (signature) |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

In re North Valley Mall

## SERVICE LIST

Office of the U.S. Trustee
411 W. 4th Street, Suite 9041
Santa Ana, CA 92701

Keybank National Association
c/o Morgan Jones, Esq.
555 Capital Mall, 9th Floor
Sacramento, CA 95814
**Secured Creditor**

## 20 LARGEST UNSECURED CREDITORS

Accent Landscapes
P.O. Box 6502
Chico, CA 95927-6502

Brookes Commercial Services
8 Cottage Circle
Chico, CA 95926

Cal Invest Capital, LLC
27405 Puerta Real, Suite 360
Mission Viejo, CA 92691

California Water Services Company
2222 Martin Luther King Jr. Pkwy
Chico, CA 95928

California Water Services Company
2222 Martin Luther King Jr. Pkwy
Chico, CA 95928

559/490-3600
Commercial West Associates
5 River Park Place West, #110
Fresno, CA 93720

Crane Pest Control
2700 Geary Boulevard
San Francisco, CA 94118-3498

Golden Eagle Insurance
P.O. Box 85834
San Diego, CA 92186-5834

Grant Andrews General Contractor
1375 Marian Avenue
Chico, CA 95928

Hunter's Pest Control
99 Pearson Road
Paradise, CA 95969

Incredibly Clean Pressure Washing
920 Reserve Drive, Suite 120
Roseville, CA 95678

K&L Gates
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067

Kodiak Roofing and Water Proofing
1905 Aviation Blvd.
Lincoln, CA 95648

Logan Retoske, LLP
31351 Rancho Viejo Road
Suites 202 & 203
San Juan Capistrano, CA 92675

National Construction Rentals
P.O. Box 4503
Pacoima, CA 91333-4503

RichMarc Environmental Consultants
2549 Del Monte Street
West Sacramento, CA 95691-3849

Scott Gibson Architects
2571 California Park Drive
Suite 225
Chico, CA 95928

Troy's Seal and Stripe
P.O. Box 1404
Oroville, CA 95965

Waste Management
P.O.Box 1159
Chico, CA 95927-1159

Waste Management
P.O.Box 1159
Chico, CA 95927-1159