# United States Bankruptcy Court
## Central District of California, Santa Ana Division

In re    **North Valley Mall, LLC, a California limited liability company**

Debtor

Case No.   **8:09-bk-19346 TA**

Chapter            **11**

## Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __**Not Applicable**__.

2. The following financial data is the latest available information and refers to debtor's condition on _____.

|  |  |  |  | Approximate number of holders |
|---|---|---|---|---|
| a. Total assets | | $ 0.00 | | |
| b. Total debts (including debts listed in 2.c., below) | | $ 0.00 | | |
| c. Debt securities held by more than 500 holders. | | | | |
| secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
| d. Number of shares of preferred stock | | 0 | | 0 |
| e. Number of shares of common stock | | 0 | | 0 |

Comments, if any:

3. Brief description of debtor's business:

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Hutchison B. Meltzer<br>650 Town Center Drive<br>Suite 950<br>Costa Mesa, CA 92626-7021<br>(714) 966-1000 Fax: (714) 966-1002<br>California State Bar Number: 217166<br><br>*Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>     North Valley Mall, LLC, a California limited liability company | CASE NO.: 8:09-bk-19346 TA<br>ADV. NO.:<br>CHAPTER:   11 |
|---|---|
| Debtor(s),<br>Plaintiff(s),<br>Defendant(s). | |

## Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, <u>Lucia Parks, General Partner, Parks Diversified, L.P.</u><br>
   <u>Member</u>                                      , the undersigned in the above-captioned case, hereby declare<br>
*(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

[Check the appropriate boxes and, if applicable, provide the required information.]

1.      I have personal knowledge of the matters set forth in this Statement because:

   ■ I am the president or other officer or an authorized agent of the debtor corporation

   ☐ I am a party to an adversary proceeding

   ☐ I am a party to a contested matter

   ☑ I am the attorney for the debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

          *[For additional names, attach an addendum to this form.]*

b.      ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____          <u>September 17, 2009</u>
Signature of Attorney or Declarant                Date
Lucia Parks, General Partner, Parks Diversified, L.P.
Member
Printed Name of Attorney or Declarant

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

### United States Bankruptcy Court
### Central District of California, Santa Ana Division

In re    North Valley Mall, LLC, a California limited liability company

Debtor

Case No.    8:09-bk-19346 TA

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| CODA Development 24532 Del Prado Dana Point, CA 92629 | | 14.4% | Member Interest |
| Parks Diversified, L.P. 24532 Del Prado San Juan Capistrano, CA 92675 | | 85.6% | Member Interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    September 17, 2009    Signature

Lucia Parks, General Partner, Parks Diversified, L.P.
Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

0    continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| **Hutchison B. Meltzer**<br>**650 Town Center Drive**<br>**Suite 950**<br>**Costa Mesa, CA 92626-7021**<br>**(714) 966-1000 Fax:(714) 966-1002**<br>CA State Bar Number: 217166 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| In re: | CHAPTER 11 |
|---|---|
| **North Valley Mall, LLC, a California limited liability company** | **CASE NUMBER 8:09-bk-19346 TA** |
| Debtor. | (No Hearing Required) |

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*Attach additional sheets as necessary and indicate so in each section*

1.  Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*): 24532 Del Prado, Dana Point, CA 92629.

2.  Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return: 24532 Del Prado, Dana Point, CA 92629.

3.  Disclose the current business address(es) for all corporate officers:  24532 Del Prado, Dana Point, CA 92692

4.  Disclose the current business address(es) where the Debtor's books and records are located: 24532 Del Prado, Dana Point, CA 92692

5.  List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:  801-855 East Avenue, 2421-2471 Cohassett Road, Chico, CA 92926

6.  Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es): None.

7.  State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (*specify*):  Lucia Parks, General Partner, Parks Diversified, LP, Member, 24532 Del Prado, Dana Point, CA 92692.

8.  Total number of attached pages of supporting documentation: _0_

---

*Rev. 12/99*  This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.          **VEN-C**

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                                   Best Case Bankruptcy

Venue Disclosure Form for Corporations Filing Chapter 11 - Page 2                    **VEN-C**

| In re | | |
|---|---|---|
| **North Valley Mall, LLC, a California limited liability company** | | CHAPTER 11 |
| | Debtor, | CASE NUMBER 8:09-bk-19346 TA |

9.      I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on ___September 17, 2009___, at ___Dana Point___, California.

Lucia Parks, General Partner, Parks
      Diversified, L.P.
_____                                    _____
Type Name of Officer                                              *Signature of Declarant*

Member
_____
*Position or Title of Officer*

*Rev. 12/99*  This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **VEN-C**

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____Dana Point_____, California.

Dated _____September 17, 2009_____

_____
**Lucia Parks, General Partner, Parks Diversified, L.P.**
*Debtor*

_____
*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised May 2004*

**F 1015-2.1**

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California, Santa Ana Division

In re    **North Valley Mall, LLC, a California limited liability company**                Case No. __8:09-bk-19346 TA__

                                          Debtor

Chapter_____11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 28,250,000.00 | | |
| B - Personal Property | Yes | 3 | 289,917.26 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 23,542,187.45 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 864,675.58 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 28,539,917.26 | | |
| Total Liabilities | | | | 24,406,863.03 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Central District of California, Santa Ana Division

In re  **North Valley Mall, LLC, a California limited liability company**

Debtor

Case No.  **8:09-bk-19346 TA**

Chapter    **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **North Valley Mall, LLC, a California limited liability company**       Case No.   __8:09-bk-19346 TA__
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Improvements consisting of a 243,800 square foot retail power center and the real property located at 801-855 East Avenue, 2421-2471 Cohassett Road, Chico, California, 959.26** | **Fee simple** | - | 28,250,000.00 | 23,542,187.45 |

| | | |
|---|---|---|
| Sub-Total > | 28,250,000.00 | (Total of this page) |
| Total > | 28,250,000.00 | |
| | (Report also on Summary of Schedules) | |

__0__ continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **North Valley Mall, LLC, a California limited liability company**                    Case No.    8:09-bk-19346 TA
_____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Bank P.O. Box 6995 Portland, OR 97228-6995 Checking Account** | - | 1,106.50 |
| | | **KeyBank P.O. Box 22114 Albany, NY 12201-2144** | - | 14,976.32 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        16,082.82
(Total of this page)

__2__    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **North Valley Mall, LLC, a California limited liability company**    Case No. __8:09-bk-19346 TA__
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Rent Receivable. See attached listing. | - | 273,834.44 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claim against KeyBank | - | Unknown |
| | | Claim against Mervyn's for breach of 30 year lease | - | Unknown |

Sub-Total >    273,834.44
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **North Valley Mall, LLC, a California limited liability company**                    Case No.    **8:09-bk-19346 TA**
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| | Sub-Total > (Total of this page) | 0.00 |
| | Total > | 289,917.26 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **North Valley Mall, LLC, a California limited liability company**                        Case No.   **8:09-bk-19346 TA**
                                                                                   ,
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | July 30, 2004 | | | | | |
| **KeyBank National Association c/o Morgan Jones, Esq. 555 Capital Mall, 9th Floor Sacramento, CA 95814** | X | - | | | **Deed of Trust Improvements consisting of a 243,800 square foot retail power center and the real property located at 801-855 East Avenue, 2421-2471 Cohassett Road, Chico, California, 959.26** | | | X | | |
| | | | | | Value $                28,250,000.00 | | | | 23,542,187.45 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

<u>__0__</u>   continuation sheets attached

|  | | |
|---|---|---|
| Subtotal (Total of this page) | 23,542,187.45 | 0.00 |
| Total (Report on Summary of Schedules) | 23,542,187.45 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re **North Valley Mall, LLC, a California limited liability company**                    Case No.   **8:09-bk-19346 TA**
_____
                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                    **1**____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **North Valley Mall, LLC, a California limited liability company** ,    Case No.   **8:09-bk-19346 TA**
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Notice Only** | | | | | |
| **Franchise Tax Board** **Attn: Bankruptcy** **P.O. Box 2952** **Sacramento, CA 95812-2952** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | **Notice Only** | | | | | |
| **Internal Revenue Service** **P.O. Box 21126** **Philadelphia, PA 19114-0326** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **1** of **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 0.00 | 0.00 |
| Total | | 0.00 |
| (Report on Summary of Schedules) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **North Valley Mall, LLC, a California limited liability company**                    Case No.  **8:09-bk-19346 TA**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Accent Landscapes** P.O. Box 6502 Chico, CA 95927-6502 | | - | | | | | 11,006.00 |
| Account No. | | | Trade Debt | | | | |
| **Action Lighting** P.O. Box 2533 Paradise, CA 95967 | | - | | | | | 565.19 |
| Account No. | | | Loan | | | | |
| **Aliso Commons Corner** 24532 Avenida Del Prado Dana Point, CA 92629 | | - | | | | | 67,020.00 |
| Account No. xxx-xxx-5638 | | | Phone Services | | | | |
| **AT&T** Payment Center Sacramento, CA 95887-0001 | | - | | | | | 179.68 |

**9**  continuation sheets attached

Subtotal (Total of this page)    78,770.87

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        S/N:26681-090728    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re __North Valley Mall, LLC, a California limited liability company__ ,      Case No. __8:09-bk-19346 TA__
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade Debt | | | | |
| Accent Landscapes P.O. Box 6502 Chico, CA 95927-6502 | | - | | | | | | | 11,006.00 |
| Account No. | | | | | Trade Debt | | | | |
| Action Lighting P.O. Box 2533 Paradise, CA 95967 | | - | | | | | | | 565.19 |
| Account No. | | | | | Loan | | | | |
| Aliso Commons Corner 24532 Avenida Del Prado Dana Point, CA 92629 | | - | | | | | | | 67,020.00 |
| Account No. xxx-xxx-5638 | | | | | Phone Services | | | | |
| AT&T Payment Center Sacramento, CA 95887-0001 | | - | | | | | | | 179.68 |
| __9__   continuation sheets attached | | | | | | Subtotal (Total of this page) | | | 78,770.87 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          S/N:26681-090728   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **North Valley Mall, LLC, a California limited liability company**     Case No.    **8:09-bk-19346 TA**
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H / W / J / C | | | | | |
| Account No. xxx-xxx-3543 <br><br> AT&T <br> Payment Center <br> Sacramento, CA 95887-0001 | | - | Telephone Services | | | | 179.68 |
| Account No. xxx-xxx-6120 <br><br> AT&T <br> Payment Center <br> Sacramento, CA 95887-0001 | | - | Telephone Services | | | | 72.78 |
| Account No. xxx-xxx-2598 <br><br> AT&T <br> Payment Center <br> Sacramento, CA 95887-0001 | | - | Telephone Services | | | | 54.52 |
| Account No. xxx-xxx-7408 <br><br> AT&T <br> Payment Center <br> Sacramento, CA 95887-0001 | | - | Telephone Services | | | | 53.36 |
| Account No. <br><br> Brooks Commercial Services <br> 8 Cottage Circle <br> Chico, CA 95926 | | - | Trade Debt | | | | 1,800.00 |

Sheet no. **1** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,160.34**

B6F (Official Form 6F) (12/07) - Cont.

In re    **North Valley Mall, LLC, a California limited liability company**                    Case No.    **8:09-bk-19346 TA**
                                                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | **Trade Debt** | | | | |
| **Cal Invest Capital, LLC** **27405 Puerta Real, Suite 360** **Mission Viejo, CA 92691** | | | | | | | 25,000.00 |
| Account No. xxxxxx1462 | | - | **Services** | | | | |
| **California Water Services Company** **2222 Martin Luther King Jr. Pkwy** **Chico, CA 95928** | | | | | | | 1,068.00 |
| Account No. xxxxxx2398 | | - | **Services** | | | | |
| **California Water Services Company** **2222 Martin Luther King Jr. Pkwy** **Chico, CA 95928** | | | | | | | 709.45 |
| Account No. xxxxxx3963 | | - | **Services** | | | | |
| **California Water Services Company** **2222 Martin Luther King Jr. Pkwy** **Chico, CA 95928** | | | | | | | 450.08 |
| Account No. xxxxxx2473 | | - | **Services** | | | | |
| **California Water Services Company** **2222 Martin Luther King Jr. Pkwy** **Chico, CA 95928** | | | | | | | 310.92 |

Sheet no. __2__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    27,538.45

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **North Valley Mall, LLC, a California limited liability company**                    Case No. __8:09-bk-19346 TA__
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxx1396<br><br>California Water Services Company<br>2222 Martin Luther King Jr. Pkwy<br>Chico, CA 95928 | | - | | Services | | | | 87.26 |
| Account No. xxxxx9467<br><br>California Water Services Company<br>2222 Martin Luther King Jr. Pkwy<br>Chico, CA 95928 | | - | | Services | | | | 54.54 |
| Account No. xxxxx5086<br><br>California Water Services Company<br>2222 Martin Luther King Jr. Pkwy<br>Chico, CA 95928 | | - | | Services | | | | 46.78 |
| Account No. xxxxx0501<br><br>California Water Services Company<br>2222 Martin Luther King Jr. Pkwy<br>Chico, CA 95928 | | - | | Services | | | | 31.93 |
| Account No. xxxxx1246<br><br>California Water Services Company<br>2222 Martin Luther King Jr. Pkwy<br>Chico, CA 95928 | | - | | Services | | | | 27.27 |

Sheet no. __3__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    247.78

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **North Valley Mall, LLC, a California limited liability company**                    Case No.   **8:09-bk-19346 TA**
                                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx3856** | | | | **Services** | | | | |
| **California Water Services Company** **2222 Martin Luther King Jr. Pkwy** **Chico, CA 95928** | | - | | | | | | 27.27 |
| Account No. **xxxxxx9731** | | | | **Services** | | | | |
| **California Water Services Company** **2222 Martin Luther King Jr. Pkwy** **Chico, CA 95928** | | - | | | | | | 27.27 |
| Account No. **xxxxxx1994** | | | | **Services** | | | | |
| **California Water Services Company** **2222 Martin Luther King Jr. Pkwy** **Chico, CA 95928** | | - | | | | | | 27.27 |
| Account No. | | | | **Trade Debt** | | | | |
| **Commercial West Associates** **5 River Park Place West, #110** **Fresno, CA 93720** | | - | | | | | | 30,000.00 |
| Account No. | | | | **Trade Debt** | | | | |
| **Crane Pest Control** **2700 Geary Boulevard** **San Francisco, CA 94118-3498** | | - | | | | | | 698.02 |

Sheet no. __4__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **30,779.83**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **North Valley Mall, LLC, a California limited liability company**                    Case No.   **8:09-bk-19346 TA**
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Insurance | | | | |
| Golden Eagle Insurance P.O. Box 85834 San Diego, CA 92186-5834 | | - | | | | | 3,396.26 |
| Account No. | | | Trade Debt | | | | |
| Grant Andrews General Contractor 1375 Marian Avenue Chico, CA 95928 | | - | | | | | 2,598.98 |
| Account No. | | | Trade Debt | | | | |
| Hunter's Pest Control 99 Pearson Road Paradise, CA 95969 | | - | | | | | 645.00 |
| Account No. | | | Trade Debt | | | | |
| Incredibly Clean Pressure Washing 920 Reserve Drive, Suite 120 Roseville, CA 95678 | | - | | | | | 2,670.00 |
| Account No. | | | Trade Debt | | | | |
| JC Nelson Supply Company P.O. Box 23 600 Great Jones Street Fairfield, CA 94533 | | - | | | | | 625.28 |

Sheet no. __5__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal
                                    (Total of this page)      9,935.52

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **North Valley Mall, LLC, a California limited liability company**                          Case No. __8:09-bk-19346 TA__
_____
                                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade Debt | | | | |
| **K&L Gates** 10100 Santa Monica Blvd., 7th Floor Los Angeles, CA 90067 | - | | | | | | | 13,551.29 |
| Account No. | | | | Trade Debt | | | | |
| **Kodiak Roofing and Water Proofing** 1905 Aviation Blvd. Lincoln, CA 95648 | - | | | | | | | 1,725.00 |
| Account No. | | | | Trade Debt | | | | |
| **Logan Retoske, LLP** 31351 Rancho Viejo Road Suites 202 & 203 San Juan Capistrano, CA 92675 | - | | | | | | | 164,376.36 |
| Account No. | | | | Loan | | | | |
| **M & Z Valley Associates, LLC** 24532 Del Prado Dana Point, CA 92629 | - | | | | | | | 4,900.00 |
| Account No. | | | | Loan | | | | |
| **Maple Lane, LLC** 24532 Del Prado Dana Point, CA 92629 | - | | | | | | | 700.00 |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        185,252.65

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **North Valley Mall, LLC, a California limited liability company**                     Case No.  **8:09-bk-19346 TA**
                                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**National Construction Rentals**<br>**P.O. Box 4503**<br>**Pacoima, CA 91333-4503** | | - | | **Trade Debt** | | | | 3,474.00 |
| Account No.<br><br>**Pacific Gas and Electric Company**<br>**P.O. Box 997300**<br>**Sacramento, CA 95899** | | - | | **Services** | | | | 8,569.72 |
| Account No.<br><br>**Parker Patrol Security**<br>**P.O. Box 410**<br>**Magalia, CA 95954-0410** | | - | | **Trade Debt** | | | | 15,611.00 |
| Account No.<br><br>**Parks Diversified, L.P.**<br>**24532 Del Prado**<br>**San Juan Capistrano, CA 92675** | | - | | **Loan** | | | | 120,149.10 |
| Account No.<br><br>**Parks Family Trust**<br>**24532 Del Prado**<br>**Dana Point, CA 92629** | | - | | **Loan** | | | | 58,200.00 |

Sheet no. __7__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          206,003.82

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **North Valley Mall, LLC, a California limited liability company**          Case No.  **8:09-bk-19346 TA**

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | Loan | | | | |
| Platinum Construction Inc.<br>24532 Del Prado<br>San Juan Capistrano, CA 92675 | | - | | | | | 309,691.06 |
| **Account No.** | | | | | | | |
| Radley Financial Services, CPA<br>25301 Cabot Road, Suite 111<br>Laguna Hills, CA 92653 | | - | | | | | 396.00 |
| **Account No.** | | | Services | | | | |
| RichMarc Environmental Consultants<br>2549 Del Monte Street<br>West Sacramento, CA 95691-3849 | | - | | | | | 990.00 |
| **Account No.** | | | Trade Debt | | | | |
| Scott Gibson Architects<br>2571 California Park Drive<br>Suite 225<br>Chico, CA 95928 | | - | | | | | 5,537.50 |
| **Account No.** | | | Trade Debt | | | | |
| Troy's Seal and Stripe<br>P.O. Box 1404<br>Oroville, CA 95965 | | - | | | | | 3,300.00 |

Sheet no. __8__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **319,914.56**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **North Valley Mall, LLC, a California limited liability company**                    Case No. __8:09-bk-19346 TA__
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community<br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxxxxx-x538-8**<br><br>**Waste Management**<br>**P.O.Box 1159**<br>**Chico, CA 95927-1159** | - | | | | | | 1,847.10 |
| Account No. **xxx-xxxxxxx-x538-1**<br><br>**Waste Management**<br>**P.O.Box 1159**<br>**Chico, CA 95927-1159** | - | | | | | | 1,216.00 |
| Account No. **xxx-xxxxxxx-x538-1**<br><br>**Waste Management**<br>**P.O.Box 1159**<br>**Chico, CA 95927-1159** | - | | | | | | 568.58 |
| Account No. **xxx-xxxxxxx-x538-9**<br><br>**Waste Management**<br>**P.O.Box 1159**<br>**Chico, CA 95927-1159** | - | | | | | | 440.08 |
| Account No.<br><br><br><br> | | | | | | | |

Sheet no. __9__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| · Subtotal<br>(Total of this page) | | 4,071.76 |
| Total<br>(Report on Summary of Schedules) | | 864,675.58 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re  **North Valley Mall, LLC, a California limited liability company**                    Case No.   **8:09-bk-19346 TA**
_____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| A&G Inc./Pizza Guys<br>2471 Cohasset Road<br>Chico, CA 95928 | Shopping Center Lease Agreement - Debtor is owner of Real Property |
| Aaron Rents, Inc<br>309 East Paces Ferry Road<br>Atlanta, GA 30305 | Lease Agreement - Debtor is Lessor |
| Bank of America, N.A.<br>Sherrill Building, 6th Floor<br>13510 Balantyne Corporate Place<br>Charlotte, NC 28277 | Lease Agreement - Debtor is Lessor |
| Cinemark USA, Inc.<br>Real Estate Department<br>3900 Dallas Parkway, Suite 500<br>Plano, TX 75093 | Lease Agreement - Debotr is owner of Real Property |
| Cory Adams dba Girlz Too<br>3061 Sunnyside Lane<br>Paradise, CA 95969 | Lease Agreement - Debtor is Lessor |
| Dollar Tree Stores, Inc.<br>Attn: Lease Admin. Dept. #1227<br>500 Volvo Parkway<br>Chesapeake, VA 23320 | Lease Agreement by Assignment from Hancock Fabrics, LLC - Debtor is owner of Real Property |
| GameStop, Inc.<br>2250 William D. Tate Avenue<br>Grapevine, TX 76051 | Shopping Center Lease Agreement - Debtor is owner of Real Property |
| Gary Lewis dba<br>La Salsa Mexican Grill<br>2538 Esplanade<br>Chico, CA 95973 | Lease Agreement - Debtor is owner of property |
| Golden Bell Group, LLC<br>P.O. Box 130<br>Rocklin, CA 95677 | Ground Lease - Debtor is Lessor and owner of Real Property |
| Graham's Frozen Fun<br>dba Ben & Jerry's<br>855 E. Avenue, Suite 260<br>Chico, CA 95973 | Lease Agreement - Debtor is owner of Real Property |

**2**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases
Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **North Valley Mall, LLC, a California limited liability company**                Case No.   **8:09-bk-19346 TA**
                                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| J. Deas Enterprises, Inc.<br>dba Quizno's Classic Subs<br>PMB-139 236 W. East Ave., Suite A<br>Chico, CA 95926 | Shopping Center Lease Agreement - Debtor is owner of Real Property |
| Jamba Juice Company<br>Attn:  Lease Administration (#692)<br>6475 Christie Avenue, Suite 150<br>Emeryville, CA 94608 | Lease Agrement - Debtor is Landlord |
| Johnson's Family Shoe Stores<br>3006 Esplanade, Suite H<br>Chico, CA 95973-0285 | Lease Agreement - Debtor is Landlord |
| JPMorgan Chase Bank, N.A.<br>Attn:Lease Admin. (OH1-0241)<br>1111 Polaris Parkway, Ste. 1J<br>Columbus, OH 43240 | Lease Agreement - Debtor is Lessor |
| Longs Drug Stores California, Inc.<br>141 North Civic Drive<br>P.O. Box 5222<br>Walnut Creek, CA 94596 | |
| Michaels Stores, Inc.<br>8000 Bent Branch Drive<br>Irving, TX 75063 | Shopping Center Lease - Debtor is Lessor |
| Panda Espress, Inc.<br>c/o Panda Restaurant Group, Inc.<br>1683 Walnut Grove Avenue<br>Rosemead, CA 91770 | Ground Lease Agreement - Debtor is Landlord |
| Queen Chco Nails & Spa<br>Attn:  Rony Tien Luong<br>8251 Westminster, Suite 209<br>Westminster, CA 92683 | Lease Agreement - Debtor is Landlord |
| Scott and Yvonne Gailey<br>dba Jackson Hewitt<br>5259 Old Nimshew State Road<br>Chico, CA 95928 | Lease Agreement - Debtor is owner of Real Property |
| Starbucks Coffee Corporation<br>P.O. Box 34067<br>Seattle, WA 98124-1067 | Commercial Lease Agreement - Debtor is owner of Real Property |
| Steve Sanchez<br>dba Twisted Strands<br>801 East Avenue, Suite 119<br>Chico, CA 95926 | Shopping Center Lease Agreement - Debtor is owner of Real Property |

Sheet   **1**   of   **2**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re    **North Valley Mall, LLC, a California limited liability company**                    Case No.   **8:09-bk-19346 TA**

_____,
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Trader Joe's Company<br>800 S. Shamrock<br>P.O. Box 5049<br>Monrovia, CA 91016 | Shopping Center Lease Agreement - Debtor is Lessor and owner of Real Property |
| U.S. Army Engineer Dist. Sacrame<br>Attn:  CESPK-RE-CL<br>1325 J. Street<br>Sacramento, CA 95814-2922 | Lease Agreement - Debtor is owner of Real Property |
| Wenmar Foods, Inc.<br>dba Wendy's<br>3141 Columbard Walk, Suite A<br>Redding, CA 96001 | Shopping Center Lease Agreement - Debtor is owner of Real Property |
| Western Dental Services, Inc.<br>530 S. Main Street, Suite 600<br>Orange, CA 92868 | Shopping Center Lease Agreement - Debtor is owner of Real Property |
| Willaim D. Smothers, Senior VP<br>Hancock Farbics, Inc.<br>One Fashion Way<br>Baldwyn, MS 38824 | Lease Agreement Assigned to Dollar Tree Stores on 6/28/07 - Debtor is owner of the Real Property |

Sheet  **2**  of  **2**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **North Valley Mall, LLC, a California limited liability company**                              Case No.    **8:09-bk-19346 TA**
                                                                          Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).
☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Alexis Zahoudanis**<br>**24532 Del Prado**<br>**Dana Point, CA 92629** | **KeyBank National Association**<br>**c/o Morgan Jones, Esq.**<br>**555 Capital Mall, 9th Floor**<br>**Sacramento, CA 95814** |
| **Lucia Parks**<br>**24532 Del Prado**<br>**Dana Point, CA 92629** | **KeyBank National Association**<br>**c/o Morgan Jones, Esq.**<br>**555 Capital Mall, 9th Floor**<br>**Sacramento, CA 95814** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California, Santa Ana Division

In re  __North Valley Mall, LLC, a California limited liability company__          Case No.   __8:09-bk-19346 TA__
                                        Debtor(s)                                      Chapter    __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __23__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __September 16, 2009__          Signature _____

                                                 Lucia Parks, General Partner, Parks Diversified, L.P.
                                                 Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Central District of California, Santa Ana Division

In re  **North Valley Mall, LLC, a California limited liability company**    Case No.    **8:09-bk-19346 TA**
Debtor(s)    Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor may also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $3,158,515.00 | 01/01/07 - 12/31/07 Rental Income |
| $3,661,560.00 | 01/01/08 - 12/31/08 Rental Income |
| $1,695,201.05 | 01/01/09 - 09/02/09 Rental Income |

2

### 2. Income other than from employment or operation of business

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See attached listing. | | $0.00 | $0.00 |
| KeyBank National Association c/o Morgan Jones, Esq. 555 Capital Mall, 9th Floor Sacramento, CA 95814 | 8/21/09 - $705,610.89 8/27/09 - $205,268.66 | $910,879.55 | $23,542,187.45 |

None □

c.   *All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See attached listing. | | $0.00 | $0.00 |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

3:03 PM

09/17/09

Accrual Basis

# North Valley Mall, LLC
# Find Report
## June 2 through September 2, 2009

| Type | Date | Memo | Account | Split | Amount | Balance |
|---|---|---|---|---|---|---|
| **Jun 2 - Sep 2, 09** | | | | | | |
| Transfer | 9/1/2009 | Funds Transfer | Wells Fargo | Parks Diversifie... | -10,000.00 | -10,000.00 |
| Transfer | 9/1/2009 | Funds Transfer | Parks Diversified Re... | Wells Fargo | 10,000.00 | 0.00 |
| Transfer | 8/28/2009 | Funds Transfer | Wells Fargo | Parks Diversifie... | -2,500.00 | -2,500.00 |
| Transfer | 8/28/2009 | Funds Transfer | Parks Diversified Re... | Wells Fargo | 2,500.00 | 0.00 |
| Transfer | 8/28/2009 | Funds Transfer | Wells Fargo | Parks Diversifie... | -15,000.00 | -15,000.00 |
| Transfer | 8/28/2009 | Funds Transfer | Parks Diversified Re... | Wells Fargo | 15,000.00 | 0.00 |
| Transfer | 8/21/2009 | Funds Transfer | Wells Fargo | Parks Diversifie... | -8,500.00 | -8,500.00 |
| Transfer | 8/21/2009 | Funds Transfer | Parks Diversified Re... | Wells Fargo | 8,500.00 | 0.00 |
| Transfer | 8/18/2009 | Funds Transfer | Wells Fargo | Parks Diversifie... | -1,500.00 | -1,500.00 |
| Transfer | 8/18/2009 | Funds Transfer | Parks Diversified Re... | Wells Fargo | 1,500.00 | 0.00 |
| Transfer | 8/14/2009 | Funds Transfer | Wells Fargo | Parks Diversifie... | -5,000.00 | -5,000.00 |
| Transfer | 8/14/2009 | Funds Transfer | Parks Diversified Re... | Wells Fargo | 5,000.00 | 0.00 |
| Transfer | 8/13/2009 | Funds Transfer | Wells Fargo | Parks Diversifie... | -8,500.00 | -8,500.00 |
| Transfer | 8/13/2009 | Funds Transfer | Parks Diversified Re... | Wells Fargo | 8,500.00 | 0.00 |
| Transfer | 8/12/2009 | Funds Transfer | Wells Fargo | Platinum Const... | -4,000.00 | -4,000.00 |
| Transfer | 8/12/2009 | Funds Transfer | Platinum Construction | Wells Fargo | 4,000.00 | 0.00 |
| Transfer | 8/10/2009 | Funds Transfer | Wells Fargo | Aliso Common... | -6,000.00 | -6,000.00 |
| Transfer | 8/10/2009 | Funds Transfer | Aliso Commons Com... | Wells Fargo | 6,000.00 | 0.00 |
| Transfer | 8/10/2009 | Funds Transfer | Wells Fargo | Parks Diversifie... | -300.00 | -300.00 |
| Transfer | 8/10/2009 | Funds Transfer | Parks Diversified Re... | Wells Fargo | 300.00 | 0.00 |
| Transfer | 8/5/2009 | Funds Transfer | Wells Fargo | Parks Diversifie... | -400.00 | -400.00 |
| Transfer | 8/5/2009 | Funds Transfer | Parks Diversified Re... | Wells Fargo | 400.00 | 0.00 |
| Transfer | 8/4/2009 | Funds Transfer | Wells Fargo | Parks Diversifie... | -1,900.00 | -1,900.00 |
| Transfer | 8/4/2009 | Funds Transfer | Parks Diversified Re... | Wells Fargo | 1,900.00 | 0.00 |
| Transfer | 8/4/2009 | Funds Transfer | Wells Fargo | Parks Diversifie... | -5,000.00 | -5,000.00 |
| Transfer | 8/4/2009 | Funds Transfer | Parks Diversified Re... | Wells Fargo | 5,000.00 | 0.00 |
| Transfer | 8/3/2009 | Funds Transfer | Wells Fargo | Platinum Const... | -1,800.00 | -1,800.00 |
| Transfer | 8/3/2009 | Funds Transfer | Platinum Construction | Wells Fargo | 1,800.00 | 0.00 |
| Transfer | 7/31/2009 | Funds Transfer | Wells Fargo | Platinum Const... | -12,000.00 | -12,000.00 |
| Transfer | 7/31/2009 | Funds Transfer | Platinum Construction | Wells Fargo | 12,000.00 | 0.00 |
| Transfer | 7/27/2009 | Funds Transfer | Platinum Construction | Wells Fargo | -8,000.00 | -8,000.00 |
| Transfer | 7/27/2009 | Funds Transfer | Wells Fargo | Platinum Const... | 8,000.00 | 0.00 |
| Transfer | 7/24/2009 | Funds Transfer | Wells Fargo | Parks Diversifie... | -3,000.00 | -3,000.00 |
| Transfer | 7/24/2009 | Funds Transfer | Parks Diversified Re... | Wells Fargo | 3,000.00 | 0.00 |
| Transfer | 7/21/2009 | Funds Transfer | Parks Diversified Re... | Wells Fargo | -1,500.00 | -1,500.00 |
| Transfer | 7/21/2009 | Funds Transfer | Wells Fargo | Parks Diversifie... | 1,500.00 | 0.00 |
| Transfer | 7/17/2009 | Funds Transfer | Wells Fargo | Parks Diversifie... | -8,000.00 | -8,000.00 |
| Transfer | 7/17/2009 | Funds Transfer | Parks Diversified Re... | Wells Fargo | 8,000.00 | 0.00 |
| Transfer | 7/14/2009 | Funds Transfer | Parks Diversified Re... | Wells Fargo | -3,500.00 | -3,500.00 |
| Transfer | 7/14/2009 | Funds Transfer | Wells Fargo | Parks Diversifie... | 3,500.00 | 0.00 |
| Transfer | 7/9/2009 | Funds Transfer | Wells Fargo | Parks Diversifie... | -2,000.00 | -2,000.00 |
| Transfer | 7/9/2009 | Funds Transfer | Parks Diversified Re... | Wells Fargo | 2,000.00 | 0.00 |
| Transfer | 7/9/2009 | Funds Transfer | Wells Fargo | Parks Diversifie... | -500.00 | -500.00 |
| Transfer | 7/9/2009 | Funds Transfer | Parks Diversified Re... | Wells Fargo | 500.00 | 0.00 |
| Transfer | 7/9/2009 | Funds Transfer | Wells Fargo | Parks Diversifie... | -27,000.00 | -27,000.00 |
| Transfer | 7/9/2009 | Funds Transfer | Parks Diversified Re... | Wells Fargo | 27,000.00 | 0.00 |
| Transfer | 7/9/2009 | Funds Transfer | Wells Fargo | Parks Diversifie... | -6,000.00 | -6,000.00 |
| Transfer | 7/9/2009 | Funds Transfer | Parks Diversified Re... | Wells Fargo | 6,000.00 | 0.00 |
| Transfer | 7/3/2009 | Funds Transfer | PZ Partners LLC | Wells Fargo | -15.00 | -15.00 |
| Transfer | 7/3/2009 | Funds Transfer | Wells Fargo | PZ Partners LLC | 15.00 | 0.00 |
| Transfer | 7/2/2009 | Funds Transfer | Wells Fargo | Parks Family T... | -8,000.00 | -8,000.00 |
| Transfer | 7/2/2009 | Funds Transfer | Parks Family Trust | Wells Fargo | 8,000.00 | 0.00 |
| Transfer | 7/2/2009 | Funds Transfer | Wells Fargo | Platinum Const... | -3,500.00 | -3,500.00 |
| Transfer | 7/2/2009 | Funds Transfer | Platinum Construction | Wells Fargo | 3,500.00 | 0.00 |
| Transfer | 7/2/2009 | Funds Transfer | Wells Fargo | Parks Diversifie... | -2,300.00 | -2,300.00 |
| Transfer | 7/2/2009 | Funds Transfer | Parks Diversified Re... | Wells Fargo | 2,300.00 | 0.00 |
| Transfer | 7/1/2009 | Funds Transfer | Wells Fargo | Parks Diversifie... | -10,000.00 | -10,000.00 |
| Transfer | 7/1/2009 | Funds Transfer | Parks Diversified Re... | Wells Fargo | 10,000.00 | 0.00 |
| Transfer | 6/29/2009 | Funds Transfer | Wells Fargo | Parks Diversifie... | -4,000.00 | -4,000.00 |
| Transfer | 6/29/2009 | Funds Transfer | Parks Diversified Re... | Wells Fargo | 4,000.00 | 0.00 |
| Transfer | 6/29/2009 | Funds Transfer | Wells Fargo | Parks Diversifie... | -8,000.00 | -8,000.00 |
| Transfer | 6/29/2009 | Funds Transfer | Parks Diversified Re... | Wells Fargo | 8,000.00 | 0.00 |
| Transfer | 6/16/2009 | Funds Transfer | Platinum Construction | Wells Fargo | -16,500.00 | -16,500.00 |
| Transfer | 6/16/2009 | Funds Transfer | Wells Fargo | Platinum Const... | 16,500.00 | 0.00 |
| Transfer | 6/9/2009 | Funds Transfer | M & Z Valley | Wells Fargo | -800.00 | -800.00 |
| Transfer | 6/9/2009 | Funds Transfer | Wells Fargo | M & Z Valley | 800.00 | 0.00 |
| Transfer | 6/9/2009 | Funds Transfer | Parks Diversified Re... | Wells Fargo | -2,300.00 | -2,300.00 |
| Transfer | 6/9/2009 | Funds Transfer | Wells Fargo | Parks Diversifie... | 2,300.00 | 0.00 |
| Transfer | 6/4/2009 | Funds Transfer | PZ Partners LLC | CB Trust | -445.00 | -445.00 |
| Transfer | 6/4/2009 | Funds Transfer | CB Trust | PZ Partners LLC | 445.00 | 0.00 |
| Transfer | 6/2/2009 | Funds Transfer | Wells Fargo | Parks Diversifie... | -20,000.00 | -20,000.00 |
| Transfer | 6/2/2009 | Funds Transfer | Parks Diversified Re... | Wells Fargo | 20,000.00 | 0.00 |
| Transfer | 6/2/2009 | Funds Transfer | CB Trust | 2009 | -3,000.00 | -3,000.00 |
| Transfer | 6/2/2009 | Funds Transfer | 2009 | CB Trust | 3,000.00 | 0.00 |
| **Jun 2 - Sep 2, 09** | | | | | **0.00** | **0.00** |

2:35 PM
09/11/09

# North Valley Mall, LLC
# Check Detail
### June 1 through September 2, 2009

| Type | Date Paid | Check # | Name | Paid Amount |
|------|-----------|---------|------|-------------|
| Bill Pmt -Check | 06/02/2009 | ACH | California Water Services Company | $ 2,652.88 |
| | | | | |
| Check | 06/04/2009 | ACH | California Bank & Trust | $ 10,500.00 |
| | | | | |
| Bill Pmt -Check | 06/15/2009 | | Parker Patrol Security, Inc | |
| Bill | 05/08/2009 | 1085 | | $ 8,350.00 |
| Bill | 06/08/2009 | 1085 | | $ 8,123.15 |
| | | | Total | $ 16,473.15 |
| | | | | |
| Bill Pmt -Check | 06/17/2009 | | Pacific Gas and Electric | $ 11,546.99 |
| | | | | |
| Bill Pmt -Check | 06/17/2009 | | Waste Management | $ 2,752.50 |
| | | | | |
| Bill Pmt -Check | 06/29/2009 | 1092 | Cal Invest | $ 10,000.00 |
| | | | | |
| Bill Pmt -Check | 07/14/2009 | ACH | California Water Services Company | $ 2,940.86 |
| | | | | |
| Bill Pmt -Check | 07/14/2009 | | Accent Landscapes | |
| Bill | 05/15/2009 | 1094 | | $ 3,406.00 |
| Bill | 06/18/2009 | 1094 | | $ 2,594.00 |
| | | | Total | $ 6,000.00 |
| | | | | |
| Check | 07/14/2009 | 1095 | Waldron & Olson LLP | $ 10,000.00 |
| | | | | |
| Bill Pmt -Check | 07/20/2009 | | Waste Management | $ 2,749.12 |
| | | | | |
| Bill Pmt -Check | 07/27/2009 | | Pacific Gas and Electric | $ 11,888.89 |
| | | | | |
| Check | 08/04/2009 | wire | Portfolio Securization Capital | $ 10,000.00 |
| | | | | |
| | | | | |
| Bill Pmt -Check | 08/17/2009 | ACH | California Water Services Company | $ 2,963.40 |
| | | | | |
| Bill Pmt -Check | 07/20/2009 | | Waste Management | $ 2,769.72 |
| | | | | |
| Bill Pmt -Check | 08/26/2009 | | Pacific Gas and Electric | $ 11,496.70 |
| | | | | |

3

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

**9. Payments related to debt counseling or bankruptcy**

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
☐     concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
     preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **WEILAND, GOLDEN, SMILEY, WANG EKVALL & S**<br>**650 Town Center Drive**<br>**Suite 950**<br>**Costa Mesa, CA 92626-7021** | **08/27/09 - Parks Diversified, L.P.**<br>**09/08/09 - North Valley Mall** | **$30,000 & $150,000 respectively - Total $180,000, $17,884.75 applied to pre-petition fees and costs, balance of $162,115.25 retainer.** |

**10. Other transfers**

None    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
■     transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
     filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
     spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
■     trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
☐     otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
     financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
     cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
     include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
     unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **California Bank & Trust**<br>**32221 Camino Capistrano**<br>**San Juan Capistrano, CA 92675** | **Operating Checking Account** | **June, 2009 - $5,000** |

**12. Safe deposit boxes**

None    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
■     immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
     depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
     filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

5

### 13. Setoffs

None ■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None □
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| Gary Lewis dba Ben & Jerry's<br>2538 Esplanade<br>Chico, CA 95973 | Security Deposit - $2,500.00 | 24532 Del Prado<br>Dana Point, CA 92629 |
| Cory Adams dba Girlz Too<br>3061 Sunnyside Lane<br>Paradise, CA 95969 | Security Deposit - $2,933.33 | 24532 Del Prado<br>Dana Point, CA 92629 |
| Scott & Yvonne Gailey dba<br>Jackson Hewitt<br>5259 Old Nimshew State Road<br>Chico, CA 95928 | Security Deposit - $1,500.00 | 24532 Del Prado<br>Dana Point, CA 92629 |
| Gary Lewis dba<br>La Salsa Mexican Grill<br>2538 Esplanade<br>Chico, CA 95973 | Security Deposit - $5,000.00 | 24532 Del Prado<br>Dana Point, CA 92629 |
| Mr. Formal Inc.<br>1205 SE Grand Avenue<br>Portland, OR 97214 | Security Deposit - $2,500.00 | 24532 Del Prado<br>Dana Point, CA 92629 |
| A&G Inc. dba Pizza Guys<br>2471 Cohasset Road<br>Chico, CA 95928 | Security Deposit - $2,500.00 | 24532 Del Prado<br>Dana Point, CA 92629 |
| J. Deas Enterprises, Inc.<br>dba Quizno's Classic Subs<br>PMB- 139 236 W. East Ave., Suite A<br>Chico, CA 95926 | Security Deposit - $3,200.00 | 24532 Del Prado<br>Dana Point, CA 92629 |

### 15. Prior address of debtor

None ■
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None ■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or

owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Cheri Lyon**<br>**24532 Avenida Del Prado**<br>**Dana Point, CA 92629** | **2007- Present** |
| **Scott N. Radley, CPA**<br>**Radley Financial Services, Inc.**<br>**Laguna Hills, CA 92653** | **2006 - Present** |

None
☐
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Scott N. Radley, CPA** | **Radley Financial Services, Inc.**<br>**25301 Cabot Road, Suite 111**<br>**Laguna Hills, CA 92653** | **2006 - Present** |

None
☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Same at 19(a)** | |

None
☐
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **KeyBank National Association**<br>**c/o Morgan Jones, Esq.**<br>**555 Capital Mall, 9th Floor**<br>**Sacramento, CA 95814** | **Various Dates** |

### 20. Inventories

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Parks Diversified, L.P.<br>24532 Del Prado<br>San Juan Capistrano, CA 92675 | Member | 85.6% Membership Interest |
| CODA Development, LLC<br>24532 Del Prado<br>Dana Point, CA 92629 | Member | 14.4% Membership Interest |

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __September 16, 2009__                    Signature _____

Lucia Parks, General Partner, Parks Diversified, L.P.
Member

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| In re | Case No.: **8:09-bk-19346 TA** |
|---|---|
| **North Valley Mall, LLC, a California limited liability company**<br><br>Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | Amount to be determined by Court for post-petition services |
|---|---|
| For legal services, I have agreed to accept | $ |
| Prior to the filing of this statement I have received | $ 180,000.00 |
| Balance Due | $ 0.00 |

2. $ __1,039.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor    ☒ Other (specify):    **Parks Diversified - $30,000**

4. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Representation of Debtor-in-Possession in all phases of chapter 11 case.**

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor - (1/88)          1998 USBC, Central District of California

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following services

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the
debtor(s) in this bankruptcy proceeding.

September 16, 2009

_Date_                                  **Hutchison B. Meltzer 217166**
                                        _Signature of Attorney_
                                        **WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK,
                                        LLP**
                                        _Name of Law Firm_
                                        **650 Town Center Drive
                                        Suite 950
                                        Costa Mesa, CA 92626-7021
                                        (714) 966-1000  Fax: (714) 966-1002**

---