1 | WEILAND, GOLDEN,
  | SMILEY, WANG EKVALL & STROK, LLP
2 | Jeffrey I. Golden, State Bar No. 133040
  | jgolden@wgllp.com
3 | Hutchison B. Meltzer, State Bar No. 217166
  | hmeltzer@wgllp.com
4 | Beth E. Gaschen, State Bar No. 245894
  | bgaschen@wgllp.com
5 | 650 Town Center Drive, Suite 950
  | Costa Mesa, California 92626
6 | Telephone:   (714) 966-1000
  | Facsimile:   (714) 966-1002
7 |
  | Attorneys for Debtor
8 | North Valley Mall, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:09-bk-19346-TA |
| NORTH VALLEY MALL, LLC, a California limited liability company, | Chapter 11 |
| Debtor. | **NOTICE OF RESCHEDULED HEARING REGARDING THE CONFIRMATION OF DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION** |
| | <u>Previous Hearing Date and Time:</u><br>DATE:      April 8, 2010<br>TIME:       11:00 a.m.<br>PLACE:    Courtroom 5B<br>                411 W. Fourth Street<br>                Santa Ana, CA 92701 |
| | <u>Rescheduled Hearing Date and Time:</u><br>DATE:      April 7, 2010<br>TIME:       11:00 a.m.<br>PLACE:    Courtroom 5B<br>                411 W. Fourth Street<br>                Santa Ana, CA 92701 |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the Court, on its own motion, has rescheduled the hearing on the confirmation of Debtor's Second Amended Plan of Reorganization (the "Plan") to April 7, 2010 at 11:00 a.m. in Courtroom 5B of the United States Bankruptcy

---

CBM\EMPAPPS\NOR01-1.NTCCONTHRG.DOC        1        NOTICE OF RESCHEDULED HEARING

1  Court for the Central District of California, Santa Ana Division, located at 411 West Fourth
2  Street, Santa Ana, California.
3      The deadline to file and serve objections to the confirmation of the Plan is
4  **March 24, 2010**.
5      The deadline for the Debtor to file and serve its brief in support of confirmation of
6  the Plan is March 31, 2010.

                                      WEILAND, GOLDEN,
                                      SMILEY, WANG EKVALL & STROK, LLP

10  DATED: March 19, 2010        By: _/s/ Beth Gaschen_
                                       BETH E. GASCHEN
                                       Attorneys for North Valley Mall, LLC

| In re: NORTH VALLEY MALL, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 8:09-bk-19346-TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document described **NOTICE OF RESCHEDULED HEARING REGARDING THE CONFIRMATION OF DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 19, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **March 19, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SERVED VIA U.S. MAIL – SEE ATTACHED**

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 19, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Theodor Albert, Ctrm. 5B
United States Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 03/19/10 | Margaret Sciesinski | /s/ Margaret Sciesinski |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                         F 9013-3.1

| In re: NORTH VALLEY MALL, LLC | CHAPTER: 11 |
| --- | --- |
| Debtor(s). | CASE NUMBER: 8:09-bk-19346-TA |

### I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Thomas H Casey    msalustro@tomcaseylaw.com
Ashleigh A Danker    adanker@kayescholer.com
Beth Gaschen    bgaschen@wgllp.com
Jeffrey I Golden    jgolden@wgllp.com
Peter J Gurfein    pgurfein@akingump.com
Michael J Hauser    michael.hauser@usdoj.gov
John T Madden    jmadden@wgllp.com
Elmer D Martin    elmermartin@msn.com
Hutchison B Meltzer    hmeltzer@wgllp.com
Mary E Olden    molden@mhalaw.com, akauba@mhalaw.com
Evan D Smiley    esmiley@wgllp.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

### II. SERVED VIA U.S. MAIL

NORTH VALLEY MALL LLC
P.O. BOX 7029
CAPISTRANO BEACH, CA 92624

OFFICE OF THE UNITED STATES TRUSTEE
411 WEST FOURTH STREET, SUITE 9041
SANTA ANA, CA 92701

KEYBANK NATIONAL ASSOCIATION
C/O ANDREA FROST, ESQ.
SHELDON . SOLOW, ESQ.
KAYE SCHOLER, LLP
70 W. MADISON STREET, SUITE 4100
CHICAGO, IL 60602

KEYBANK NATIONAL ASSOCIATION
C/O LYNN DRUMMOND
8115 PRESTON ROAD, SUITE 800
PRESTON COMMONS EAST TOWER
DALLAS, TX 75225

KATHLEEN GOLDBERG
LAW OFFICES OF THOMAS H. CASEY, INC.
22342 AVENIDA EMPRESA, SUITE 260
RANCHO SANTA MARGARITA, CA 92688
ATTORNEYS FOR CREDITORS COMMITTEE

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009      **F 9013-3.1**

In re **NORTH VALLEY MALL, LLC**
Case No: 8:09-bk-19346-TA
Revised: October 1, 2009 (KR)

## MASTER CREDITOR LIST

| | | |
|---|---|---|
| NORTH VALLEY MALL LLC<br>P.O. Box 7029<br>CAPISTRANO BEACH, CA 92624 | UNITED STATES TRUSTEE<br>411 W FOURTH STREET #9041<br>SANTA ANA CA 92701-8000 | |
| A&G INC/PIZZA GUYS<br>2471 COHASSET ROAD<br>CHICO CA 95926-1315 | AARON RENTS INC<br>309 EAST PACES FERRY RD<br>ATLANTA GA 30305-2377 | ACCENT LANDSCAPES<br>PO BOX 6502<br>CHICO CA 95927-6502 |
| ACTION LIGHTING<br>PO BOX 2533<br>PARADISE CA 95967-2533 | ~~ALEXIS ZAHOUDANIS~~<br>~~24532 DEL PRADO~~<br>~~DANA POINT CA 92629-3838~~<br>MAIL RETURNED | ~~ALISO COMMONS CORNER~~<br>~~24532 AVENIDA DEL PRADO~~<br>~~DANA POINT CA 92629-3838~~<br>MAIL RETURNED |
| AT&T<br>PAYMENT CENTER<br>SACRAMENTO CA 95887-0001 | BANK OF AMERICA NA<br>SHERRILL BUILDING 6TH FL<br>13510 BALANTYNE CORP PL<br>CHARLOTTE NC 28277-2706 | BROOKS COMMERCIAL SERVICES<br>8 COTTAGE CIRCLE<br>CHICO CA 95926-1305 |
| CAL INVEST CAPITAL LLC<br>27405 PUERTA REAL SUITE 360<br>MISSION VIEJO CA 92691-6372 | CALIF WATER SERVICES CO<br>2222 MARTIN LUTHER KING JR PKY<br>CHICO CA 95928 | CINEMARK USA INC<br>REAL ESTATE DEPT<br>3900 DALLAS PARKWAY #500<br>PLANO TX 75093-7871 |
| COMMERCIAL WEST ASSOC<br>5 RIVER PARK PLACE W #110<br>FRESNO CA 93720-1556 | CORY ADAMS DBA GIRLZ TOO<br>3061 SUNNYSIDE LANE<br>PARADISE CA 95969-6707 | CRANE PEST CONTROL<br>2700 GEARY BOULEVARD<br>SAN FRANCISCO CA 94118-3498 |
| DOLLAR TREE STORES INC<br>ATTN LEASE ADMIN DEPT #1227<br>500 VOLVO PARKWAY<br>CHESAPEAKE VA 23320-1604 | EMPLOYMENT DEVEL DEPT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO CA 94280-0001 | FRANCHISE TAX BOARD<br>ATTN: BANKRUPTCY<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| ~~GAMESTOP INC~~<br>~~2250 WILLIAM D TATE AVE~~<br>~~GRAPEVINE TX 76051-3978~~<br>MAIL RETURNED | GARY LEWIS<br>DBA LA SALSA MEXICAN GRILL<br>2538 ESPLANADE<br>CHICO CA 95973-1164 | GARY LEWIS<br>DBA BEN & JERRY'S<br>2538 ESPLANADE<br>CHICO CA 95973-1164 |
| GOLDEN BELL GROUP LLC<br>PO BOX 130<br>ROCKLIN CA 95677-0130 | GOLDEN EAGLE INSURANCE<br>PO BOX 85834<br>SAN DIEGO CA 92186-5834 | GRAHAM'S FROZEN FUN<br>DBA BEN & JERRY'S<br>855 E AVENUE #260<br>CHICO CA 95973 |
| GRANT ANDREWS<br>GENERAL CONTRACTOR<br>1375 MARIAN AVENUE<br>CHICO CA 95928-6919 | HANCOCK FABRICS INC<br>ATTN MICHAEL EARNEST<br>4306 W MAIN STREET<br>TUPELO MS 38801 | HUNTER'S PEST CONTROL<br>99 PEARSON ROAD<br>PARADISE CA 95969-4929 |
| INCREDIBLY CLEAN<br>PRESSURE WASHING<br>920 RESERVE DRIVE #120<br>ROSEVILLE CA 95678-1381 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVNCY OPS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | J DEAS ENTERPRISES INC<br>DBA QUIZNO'S CLASSIC SUBS<br>PMB-139 236 W EAST AVE STE A<br>CHICO CA 95926 |
| JAMBA JUICE COMPANY<br>ATTN LEASE ADMIN (#692)<br>6475 CHRISTIE AVE SUITE 150<br>EMERYVILLE CA 94608-2259 | JC NELSON SUPPLY CO<br>PO BOX 23<br>600 GREAT JONES STREET<br>FAIRFIELD CA 94533-0002 | JOHNSON'S FAMILY SHOE STORES<br>3006 ESPLANADE SUITE H<br>CHICO CA 95973-0285 |

Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
TELEPHONE 714-966-1000

3494701    1    MASTER CREDITOR LIST

| | | | |
|---|---|---|---|
| 1 | JPMORGAN CHASE BANK NA<br>ATTN LEASE ADMIN (OH1-0241)<br>1111 POLARIS PARKWAY STE 1J<br>COLUMBUS OH 43240-2050 | K&L GATES<br>10100 SANTA MONICA BL 7TH FL<br>LOS ANGELES CA 90067-4003 | KEYBANK NATIONAL ASSOC<br>1675 BROADWAY STE 300<br>DENVER CO 80202-4629 |
| 3 | KEYBANK NATIONAL ASSOC<br>C/O ANDREA FROST<br>KAYE SCHOLER LLC<br>70 W. MADISON ST., STE 4100<br>CHICAGO, IL 60602 | KEYBANK NATIONAL ASSOC<br>C/O MORGAN JONES ESQ<br>555 CAPITAL MALL 9TH FLOOR<br>SACRAMENTO CA 95814-4601 | KODIAK ROOFING<br>& WATER PROOFING<br>1905 AVIATION BLVD<br>LINCOLN CA 95648-9557 |
| 6 | LOGAN RETOSKE LLP<br>31351 RANCHO VIEJO RD<br>SUITES 202 & 203<br>SAN JUAN CAPO CA 92675-1856 | LONGS DRUG STORES CA INC<br>141 NORTH CIVIC DRIVE<br>PO BOX 5222<br>WALNUT CREEK CA 94596-1222 | LUCIA PARKS<br>24532 DEL PRADO<br>DANA POINT CA 92629-3838 |
| 8 | M&Z VALLEY ASSOC LLC<br>P.O. BOX 7029<br>CAPISTRANO BEACH, CA 92694 | MAPLE LANE LLC<br>P.O. BOX 7029<br>CAPISTRANO BEACH, CA 92694 | ~~MATTHEW ALLRED~~<br>~~1354 EAST AVENUE #K~~<br>~~CHICO CA 95926-7385~~<br>MAIL RETURNED |
| 10 | MICHAELS STORES INC<br>8000 BENT BRANCH DRIVE<br>IRVING TX 75063-6023 | NATIONAL CNSTRCTN RENTALS<br>PO BOX 4503<br>PACOIMA CA 91333-4503 | PACIFIC GAS & ELECTRIC CO<br>PO BOX 997300<br>SACRAMENTO CA 95899 |
| 11 | PANDA ESPRESS INC<br>C/O PANDA REST GROUP INC<br>1683 WALNUT GROVE AVENUE<br>ROSEMEAD CA 91770-3711 | PARKER PATROL SECURITY<br>PO BOX 410<br>MAGALIA CA 95954-0410 | PARKS DIVERSIFIED LP<br>P.O. BOX 7029<br>CAPISTRANO BEACH, CA 92694 |
| 13 | ~~PARKS FAMILY TRUST~~<br>~~24532 DEL PRADO~~<br>~~DANA POINT CA 92629-3838~~<br>MAIL RETURNED | ~~PLATINUM CONSTRUCTION INC~~<br>~~24532 DEL PRADO~~<br>~~SAN JUAN CAPO CA 92675~~<br>MAIL RETURNED | QUEEN CHCO NAILS & SPA<br>ATTN RONY TIEN LUONG<br>8251 WESTMINSTER SUITE 209<br>WESTMINSTER CA 92683-3370 |
| 15 | RADLEY FINANCIAL SVCS CPA<br>25301 CABOT ROAD SUITE 111<br>LAGUNA HILLS CA 92653-5511 | RICHMARC ENVIRONMENTAL<br>CONSULTANTS<br>2549 DEL MONTE STREET<br>W SACRAMENTO CA 95691-3849 | SCOTT & YVONNE GAILEY<br>DBA JACKSON HEWITT<br>5259 OLD NIMSHEW STATE RD<br>CHICO CA 95928-8886 |
| 17 | SCOTT GIBSON ARCHITECTS<br>2571 CALIF PARK DR #225<br>CHICO CA 95928-4042 | SECURITIES & EXCH COMM<br>5670 WILSHIRE BLVD 11TH FL<br>LOS ANGELES CA 90036-5627 | STARBUCKS COFFEE CORP<br>PO BOX 34067<br>SEATTLE WA 98124-1067 |
| 19 | ST BOARD OF EQUALIZATION<br>PO BOX 942879<br>SACRAMENTO CA 94279-0001 | TIMOTHY & JENICE VERESCHAGIN<br>STEVE SANCHEZ<br>DBA TWISTED STRANDS<br>801 EAST AVENUE #119<br>CHICO CA 95926-1282 | TRADER JOE'S COMPANY<br>800 S SHAMROCK<br>PO BOX 5049<br>MONROVIA CA 91017-7149 |
| 21 | TROY'S SEAL & STRIPE<br>PO BOX 1404<br>OROVILLE CA 95965-1404 | US ARMY ENG DIST SACRMNTO<br>ATTN CESPK-RE-CL<br>1325 J STREET<br>SACRAMENTO CA 95814-2922 | WASTE MANAGEMENT<br>PO BOX 1159<br>CHICO CA 95927-1159 |
| 23 | WENMAR FOODS INC<br>DBA WENDY'S<br>3141 COLUMBARD WALK STE A<br>REDDING CA 96001-1368 | WESTERN DENTAL SVCS INC<br>530 S MAIN STREET SUITE 600<br>ORANGE CA 92868-4544 | WM D SMOTHERS SENIOR VP<br>HANCOCK FARBICS INC<br>ONE FASHION WAY<br>BALDWYN MS 38824-8547 |
| 25 | KEYBANK NATIONAL ASSOCIATION<br>C/O LYNN DRUMMOND<br>8115 PRESTON ROAD, SUITE 800<br>PRESTON COMMONS EAST TOWER<br>DALLAS, TX 75225 | C LINDA BARNES<br>BUTTE COUNTY<br>TREASURER - TAX COLLECTOR<br>25 COUNTY CENTER DRIVE #125<br>OROVILLE, CA 95965 | ALISO COMMONS CORNER<br>P.O. BOX 7029<br>CAPISTRANO BEACH, CA 92694 |

Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
TELEPHONE 714-966-1000

3494701

2

MASTER CREDITOR LIST