**WEILAND, GOLDEN,**
**SMILEY, WANG EKVALL & STROK, LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Hutchison B. Meltzer, State Bar No. 217166
hmeltzer@wgllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:    (714) 966-1000
Facsimile:    (714) 966-1002

Attorneys for Debtor
North Valley Mall, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:09-bk-19346-TA |
| NORTH VALLEY MALL, LLC, a California limited liability company,<br><br>Debtor. | Chapter 11 Case<br><br>**DECLARATION OF J. MICHAEL ISSA IN SUPPORT OF THE CONFIRMATION OF DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION**<br><br>DATE:    April 8, 2010<br>TIME:    11:00 a.m.<br>PLACE:    Courtroom 5B<br>411 W. Fourth St.<br>Santa Ana, CA 92701 |

I, J. MICHAEL ISSA, declare as follows:

1.    I am the Executive Managing Director of Ballenger Cleveland & Issa, LLC, a middle market regional full-service financial advisory firm serving Southern California and other Western states. I manage the real estate and bankruptcy practices of the firm. I have been the Chief Restructuring Officer for many of California's developers and real estate owners over the last 20 years and have successfully restructured several billion dollars of real estate related debt, both in and out of bankruptcy. I am a Certified Public Accountant and a Chapter 11 Bankruptcy Trustee in the Central District. I was also

1

DECLARATION OF MICHAEL ISSA

1  formerly a commercial banker with the then sixth largest bank in the United States. I am a

2  Beta Gamma Sigma MBA from the University of Texas and have been named in the

3  Nationwide Register's Who's Who in Executives and Businesses. I have testified in an

4  expert capacity in dozens of federal and state court cases. BCI's corporate brochure and

5  my personal bio are attached as **Exhibit "A"** to this declaration. I am submitting this

6  Declaration in support of the confirmation of North Valley Mall, LLC's ("Debtor") Second

7  Amended Plan of Reorganization (the "Plan"). I know the following to be true of my own

8  personal knowledge and, if called upon as a witness, I could and would testify

9  competently thereto.

10    2.    I have been engaged for the purpose of expressing an opinion regarding the

11  appropriate interest rate in the Plan. I will comment on a comparison of pricing on current

12  consensual real estate related debt restructurings from my own client base.

13  **EXISTING FACTS**

14    3.    The debt owing to KeyBank, N.A. (the "Lender") in this case is in dispute, but

15  ranges from approximately $24.8 million to $25.3 million; the Debtor's current appraisal

16  shows a combined "as-is" value of approximately $28.3 million; an "as-is" LTV of 88%;

17  and a stabilized value net of cost to lease up of $29.9 million [note that the current debt is

18  approximately 83% of this stabilized value].

19    4.    The financial information presented by the Debtor suggests that North Valley

20  Plaza (the "Property") is presently approximately 59.5% leased and is projected to cash

21  flow amounts sufficient to pay the Debtor's proposed mortgage payments under the Plan

22  even with occupancy at current levels.

23    5.    The CB Richard Ellis appraisal commissioned by Debtor and dated as of

24  May 20, 2009 (the "Appraisal"), contains a number of relevant comments including the

25  following:

26    A.    "Our concluded stabilized occupancy level [91%] is reasonable based

27  in the subject's operation and the comparable properties surveyed." (*See* page 23 of the

28  Appraisal.) "Comparable properties have been surveyed in order to identify the

Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1  occupancy trends within the immediate submarket.  The properties surveyed reported

2  occupancy rates of 88% or better . . ."  (*See* page 22 of the Appraisal.)  Note that only one

3  of the five surveyed properties has a current occupancy of less than 90%.

4          B.    "[W]e have estimated that an appropriate downtime until the subject is

5  stabilized is 18 months." (*See id.* at 23).

6          C.    "The subject property is well located for a retail project." (*See id.* at

7  25).

8          D.    "Overall there are no known factors that adversely impact the

9  marketability of the improvements." "Remaining Economic Life 30 years" (*See id.* at 39).

10      6.    The Lender also commissioned an appraisal by Cushman & Wakefield of

11  Oregon dated December 8, 2009.  That appraisal concluded an "as-is" value of $27.8

12  million, approximately 2% less than the Debtor's Appraisal.  The Lender's appraisal

13  concluded a stabilized value of $32.5 million, approximately $2 million more than the

14  Debtor's Appraisal.  The high degree of consistency between the two suggests that there

15  are no significant valuation issues to resolve between the parties.

16      7.    At the current time, the prime rate of interest is 3.25%; LIBOR is .25%; and a

17  floating-to-fixed LIBOR swap can be executed for a seven-year term at 3.1%.  Source-

18  WSJ.com.

19  **Consensual Restructuring Pricing on Actual Recent Transactions**

20      8.    I have personally supervised a number of consensual debt restructurings on

21  behalf of our clients during the last year and can personally attest to the terms of those

22  restructurings as more fully described below.  Generally, these restructurings have been

23  done in the range of LIBOR + 200 to LIBOR + 400 when floating and 5-7% when fixed.

24  Note that 90-day LIBOR is presently 0.25%.  None of these restructurings had LTV's

25  lower than approximately 85%.  Most of these projects have current DSCR's less than 1.0.

26      **National Industrial Developer:**

27      9.    We consensually restructured a $14 million unsecured bank line of credit for

28  this developer at the bank's internal Base Rate + 1.5% for a term of five years.  The

**Weiland, Golden,**
**Smiley, Wang, Ekvall & Strok, LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1  developer is insolvent and the note has no collateral. It is hard to imagine a higher risk

2  profile than this credit. We also restructured several project financings for him as follows.

3  The developer has four projects financed with a lender - three of which are operating at

4  substantial deficits (the "Deficit Properties") and the fourth showing strong cash flows.

5  The Deficit Properties were restructured where the pay rate was dropped from 6.5% to

6  5.5% fixed, with an additional accrual of 2% which is paid only if their cash flows improve

7  sufficiently to cover the accrual. The Deficit Properties' loans were extended for a period

8  of three years. The Deficit Properties' combined LTV is presently estimated to be

9  approximately 140%, and their combined DSCR is expected to be approximately 0.44

10  over the next twelve months. To allow the Deficit Properties to support the newly

11  established pay rates, a portion of the excess cash flow derived from the fourth property is

12  utilized as a subsidy.

13  **R/E Fund operating Industrial Properties nationally:**

14       10.    We have been working on a consensual restructuring of this client's secured

15  credit facility in the approximate amount of $140 million. The lender group has offered an

16  extension to 2012 at pricing of LIBOR + 150 with the accrual of another 175 bp. As much

17  as 100% of the accrual portion may be entirely forgiven based on the performance of the

18  assets and achievement of specified benchmarks by the borrower. It is my opinion that it

19  is all but certain that half of the 175 bp accrual will be forgiven, making the likely all-in rate

20  LIBOR + 237. There are no current appraisals on the subject properties but the

21  consensus view is the LTV is in the 85% range and the DSCR is currently less than 1.0.

22  In working with the R/E special asset personnel of the different lenders on this case, they

23  have commented on several occasions that their view of market for distressed R/E debt

24  restructuring is LIBOR + 300-400. Some Lenders try to assert a floor on LIBOR in their

25  pricing models, most commonly 2% to occasionally as high as 3%.

26  **Conclusion Based on Recent Consensual Restructuring Pricing:**

27       11.    It is my opinion that the appropriate pricing based on my experience in

28  recent consensual restructurings on other distressed R/E credits is LIBOR + 300.

Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

404451.1                        4                DECLARATION OF MICHAEL ISSA

Welland, Golden,
Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1  Although not all restructurings have a floor on LIBOR, if I included a 2% floor for

2  illustration purposes, the all-in rate would then be 5% floating.  Since LIBOR is a floating-

3  rate index, one could then convert the floating rate to a fixed rate by a floating-to-fixed

4  SWAP transaction.  WSJ.com currently quotes a seven-year LIBOR fixed-to-floating

5  SWAP at 3.1%.  Adding the risk premium of 3% to the SWAP fixed rate quote yields a

6  seven-year all-in fixed rate of 6.1%.  See **Exhibit "B"** for the WSJ.com SWAP quote.  In

7  my opinion the pricing from real restructuring transactions is of considerably greater value

8  in assessing the appropriate rate of interest versus the more theoretical weighted average

9  cost of capital approach employed in the past.  In a difficult market climate like the

10  present, it is a considerable challenge to divine what rate lenders might charge to finance

11  a bankrupt borrower.  It is seems more reasonable to obtain "comps" on actual

12  consensual restructuring transactions which are occurring every day and to rely on those

13  as surrogates for the appropriate pricing in a bankruptcy restructuring.

14       12.    Although is it obviously impossible to predict the future with hair-splitting

15  accuracy, I offer the following comments on the Plan *vis a vis* the ultimate repayment of

16  the Lender.  The Appraisal offers the comments set out hereinabove, which lead one to

17  the following conclusions.

18       A.    Assuming that stabilized occupancy is attained before the end of the

19  seven year plan term, the then stabilized value of the asset would equal $29.9 million

20  assuming no change in cap rates [appraisal assumed 8.75% cap rate].  The stabilized

21  value of $29.9 million would yield a then LTV of approximately 83%.  Until the financial

22  meltdown in 2008, senior debt on stabilized properties was readily available at LTV's as

23  high as 80%.  Mezzanine lenders would lend another tranche to LTV's as high as 90%.  It

24  is certainly credible to think that some combination of debt, mezzanine financing and

25  equity could be procured in a more normalized market in a combined amount sufficient to

26  take out the bank debt at stabilization.

27       B.    In the event that a refinancing package is not available in an amount

28  sufficient to take out the Lender's debt, the Appraisal suggests that the current "as-is"

1  value of $28.2 million, even at an occupancy of only 59.5%, is sufficient to repay the

2  Lender in full upon sale of the Property, with a margin of over $2 million to spare.  The

3  stabilized value range of $29.9 million to $32.5 million yields an additional margin of over

4  $1.5 million to cover the Lender's debt.

5          C.      Based on the review of the numbers it is hard to imagine a scenario

6  where the Property could not be sold in an amount sufficient to pay the Lender in full while

7  also providing excess proceeds to the other stakeholders in the Debtor.

8

9          I declare under penalty of perjury that the foregoing is true and correct.

10         Executed on this _23_ day of March, 2010 at Orange County, California.

11

12                                                  _____
                                                                    J. MICHAEL ISSA
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Welland, Golden,
Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

# EXHIBIT A

# J. MICHAEL ISSA

Ballenger Cleveland & Issa, LLC
19800 MacArthur Suite 650
Irvine, CA 92612
Tele: (949) 862-1595 Fax: (949) 863-9274

*EXPERIENCE*
**Ballenger Cleveland & Issa, LLC** with offices in Los Angeles and Irvine (2002-present)
*Executive Managing Director*
BCI and its principals have provided significant benefits to clients in many industries including manufacturing, distribution, healthcare, retailing, restaurants, professional practices, services, real estate, oil and gas, and construction. BCI has an extensive real estate merchant banking operation as part of its practice. The firm's services to its real estate clients have been diverse, and have included the following:

- Mr. Issa and his team have raised various types of equity financing and joint venture participations on behalf of their clients.
- Mr. Issa has advised a number of investors on acquisitions of assets including portfolios of real property from banks. These have included substantial multi-family projects, single-family, retail (shopping center), hospitality, and health-care related realty.
- Mr. Issa has also been a court appointed liquidating trustee of a portfolio of over 20 projects involving office, mini-warehouse, and light industrial real estate. He has also been involved in several golf course transactions. He chaired the strategic disposition committee of a public hotel company when the company's assets were sold off in a nine-digit transaction to another public hotel company.
- As a part of crisis management for real estate clients, the firm frequently engages in debt restructuring. Mr. Issa has personally managed several billion dollars of debt restructuring on behalf of his clients and has been Chief Restructuring Officer for many of California's residential and retail developers, including some of the largest restructurings and bankruptcies in the 1990's. He is presently serving as a Chapter 11 Trustee in a case at the request of the constituents and the UST even though he not on the panel.
- Mr. Issa personally supervises the firm's oil and gas practice which involves direct investments in the industry as well as turn-around and debt restructuring services for the oil and gas industry. He has over 30 years experience in this industry dating back to his banking days with Continental Illinois in their Houston office.
- Under Mr. Issa's direction, several billion dollars of different types of financing have been raised on behalf of his corporate and real estate clients.
- Mr. Issa and other BCI professionals frequently appear as expert witnesses in litigation matters. These matters frequently involve testimony in the context of corporate, partnership, or individual bankruptcies. Examples of such testimonies include Plan feasibility at Bankruptcy Confirmation Hearings, testimony in Use of Cash Collateral Hearings, company and asset liquidation analysis, adequacy of New Value, and a variety of financing and recapitalization issues. Mr. Issa and the firm also appear as expert witnesses in a variety of other nonbankruptcy litigation matters. Mr. Issa has appeared as an expert witness in a number of real estate related matters.

**KIBEL GREEN ISSA, Inc.** with offices in Santa Monica and Irvine, Ca   (1987-Feb., 2002)
*Vice Chairman, Managing Director of Orange County Practice*
Mr. Issa was the principal in charge of the firm's Orange County practice since the office opened in 1993. In this capacity, he oversaw all consulting activities in Orange County and also oversaw the firm-wide real estate and merchant banking activities.   KGI was named one of the "12 Outstanding Turnaround Firms Nationally" by a nationwide industry publication during Mr. Issa's tenure.

## PREVIOUS WORK EXPERIENCE
Prior to his employment with KGI, Mr. Issa was the head of a group of companies, which were privately owned by several high net-worth, individual investors whose primary business was to acquire and turnaround problem assets including both operating companies and real property. After completing graduate school, Mr. Issa worked as a commercial banker with a regional bank and a money center bank for a total of five years.   Subsequent to his banking career, Mr. Issa was the chief financial officer for a large privately-held company with diverse investments in operating companies and in real estate.

## OTHER QUALIFICATIONS
**Education:**
Mr. Issa is a Beta Gamma Sigma Master of Business Administration from the University of Texas at Austin.   He also received a Bachelor of Business Administration from the same institution.   Mr. Issa has also taught in the business school at two different four-year universities.
**Boards:**
Mr. Issa has served on the boards of both public and private companies as well as various non-profit organizations.   He has also served on or chaired a number of strategic, financial and operating committees for these companies.

**Licenses and Professional Designations:**
Mr. Issa is a Certified Public Accountant, is licensed by the California Department of Real Estate, and is a member of the following professional organizations: Orange County Bankruptcy Forum, Turnaround Management Association, and Urban Land Institute.   He has also been included in the Nationwide Register's Who's Who in Executives and Businesses and speaks frequently at industry conferences on a variety of topics.



# EXPERIENCE

## Representative Experience by Industry ■

**Business Services**
- Advertising Agencies
- Architectural & Engineering
- Auto & Truck Leasing
- Computer Rental & Leasing
- Tire Repair

**Construction**

**Distribution & Transportation**
- Airlines
- Intercity Trucking
- Moving & Storage

**Energy**
- Alternative
- Coal Mining
- Oil & Gas

**Entertainment**
- Cable Television
- Film and Video Production
- Post-Production Services
- Sound Recordings

**Financial Services**
- Banks & Thrifts
- Equipment Leasing
- Insurance Brokers

**Food & Beverage**
- Bread & Baked Goods
- Packaged Foods
- Dairy Products
- Fish, Seafood & Meat
- Flavorings, Extracts & Syrups
- Frozen Food

**Health Care & Medicine**
- Convalescent Homes
- Hospitals
- Medical Clinics
- Medical Laboratories

**Hospitality & Recreation**
- Bowling, Golf & Spas
- Hotels, Motels & Resorts
- Restaurants & Fast Food

**Manufacturing**
- Aircraft Engines & Parts
- Apparel & Fabric Products
- Athletic & Sporting Goods
- Chemicals & Auto Parts
- Furniture & Fixtures
- Iron & Steel
- Jewelry & Precious Metals
- Luggage & Leather Products
- Machinery & Equipment
- Mobile Homes & Campers
- Navigational Systems
- Non-Ferrous Metals
- Paper & Pulp Mills
- Prefabricated Buildings
- Shoes & Boots
- Toys & Games

**Not-for-Profit Organizations**

**Public Utilities**

**Publishing & Printing**

**Real Estate**

**Retailing**
- Appliances & Home Centers
- Automotive
- Department Stores

**Wholesaling**
- Apparel
- Automotive
- Electronic Equipment
- Food & Beverage
- Home Furnishings



Technology     Real Estate     Industrial Operations     Telecommunications

# OUR WORK

### The Firm

Ballenger, Cleveland & Issa, LLC ("BCI") is an institutional grade firm committed to providing world-class consulting services across a broad array of disciplines and industries. The firm's nameplate principals have achieved national recognition in providing these services to several thousand clients during the principals' combined 70 years of service. BCI has three offices and 20 professionals with multi-industry and multi-disciplinary talents. These professionals are available to provide hands-on specialized assistance in complex and difficult matters to corporate clients whose businesses are in transition.

This combination of assets, along with the historical dedication of our principals to service and quality, allows BCI to provide a complete array of consulting services to the largest and most complex cases in a variety of industries. Without exception, all of BCI's professionals have hands-on operating experience in executive positions in companies and bring superior execution skills to bear on every assignment.

### Client Services

- Turnaround, Reorganization and Insolvency Consulting
- Interim Management Services
- Merchant Banking Services
- Financial Restructuring
- Litigation Support and Expert Testimony

### Specialized Practice Areas

- Technology
- Real Estate
- Health Care
- Telecommunications
- Industrial Operations
- Professional Service Firms
- Aerospace
- Automotive

### Achieving Results through Hands-on Assistance

Rather than writing a report about an issue or problem, BCI's professionals assess a situation, prepare a summary which includes an action plan, and then assist management with the execution of that plan. As a result of BCI's expert guidance and interactive hands-on collaboration with the client, issues can be resolved with velocity, with cost efficiency, and with a higher degree of certainty when the client company "partners" with BCI in both the evaluation and resolution of the issues.



| Aerospace | Professional Service Firms | Health Care | Automotive |

# Notable Responsibilities & Contributions

### Bruce W. Ballenger

Mr. Ballenger has over 25 years of experience providing a broad range of corporate consulting services to the business community. He has presided over hundreds of turnarounds and workouts both as a supplement to existing management and in a variety of interim executive positions.

During his career, he has dealt with debt and equity issues, corporate financial reorganization, mergers and acquisitions; real estate and financial planning. Mr. Ballenger is a Certified Public Accountant and an Examiner/Trustee by Appointment of the United States Trustee. He also provides a variety of litigation support services for his clients including expert testimony.

He is a prolific economic and business writer and speaker. His articles have appeared in the American Banker, CFO Magazine, The Wall Street Journal and many other publications. As well as speaking at business functions and seminars, he has appeared frequently on KABC-TV, Ch 7 commenting on economic issues.

### Kenneth C. Cleveland

Mr. Cleveland has demonstrated his successful hands-on approach to corporate leadership through dozens of high level, challenging assignments. For more than 25 years he has headed or provided senior-level management advice to special situations and financially troubled companies.

In efforts designed to enhance the performance and value of companies, he has implemented major restructuring, re-engineering and cost reduction programs, divested and acquired businesses, raised equity, refinanced debt/credit facilities, streamlined product lines and developed strategic plans for long-term growth. His expertise extends across a variety of industries, including semiconductor equipment, electronics manufacturing, automobile parts, agriculture and food processing, clothing, healthcare services and medical equipment, and packaging.

As head of the Interim Management Services Practice for BCI, Mr. Cleveland assesses the leadership requirements of companies in transition and assists in implementation of new management and operating strategies.

### J. Michael Issa



Mr. Issa is a noted turnaround expert who has led teams in over 100 successful corporate rehabilitations. Mr. Issa and his teams typically employ an interactive hands-on approach and assist management with the actual execution of the turnaround plan, as well as its formation. Mr. Issa also heads the firm's substantial real estate practice and merchant banking activities.

He has also personally managed several billion dollars of debt restructuring and financing on behalf of his corporate and real estate clients. Mr. Issa frequently appears as an expert witness in a variety of bankruptcy and non-bankruptcy litigation matters.

While he was a principal and Vice Chairman of his predecessor firm; the firm was named one of the "12 outstanding turnaround firms nationally". Prior to his consulting career, he headed a group of companies that acquired and turned around under-performing companies.

10990 Wilshire Blvd.  •  16th Floor  •  Los Angeles, CA 90024  •  P: 310.873.1717  •  F: 310.873.6600
4100 Newport Place  •  Suite 300  •  Newport Beach, CA 92660  •  P: 949.862.1595  •  F: 949.222.2890
3900 Rambla Orienta  •  Malibu, CA 90265  •  P: 310.456.9395  •  F: 310.456.2729
www.bcillc.com

# EXHIBIT B





Markets Data Center Home - Market Data, Indexes, Stock Quotes & More - WSJ.com     Page 3 of 4



**The Global Dow** / **DJ Stoxx 50** / **Hang Seng**

## International Stocks Highlights:
Dow Jones Country Indexes
Dow Jones Global TSM Sectors
International Investment Funds
MORE

Indexes: Closing Snapshot
Stock Scan: Emerging & Developed
Stock Scan: World's Blue Chips

## CURRENCIES | See all Currency Data
12:19 p.m. EDT 03/15/10

| Major Currencies | Last (bid) | Prior Day† |
|---|---|---|
| Japanese Yen | 90.48 | 90.47 |
| Euro (in dollars) | 1.3656 | 1.3762 |
| U.K. Pound (in dollars) | 1.5037 | 1.5184 |
| Swiss Franc | 1.0629 | 1.0583 |
| Canadian Dollar | 1.0220 | 1.0182 |
| Mexican Peso | 12.5690 | 12.5455 |
| † Late Friday in New York | | |
| See All Currencies | | Get this by E-mail |

### Key Currency Cross Rates
12:19 p.m. EDT 03/15/10

| | Dollar | Euro | Pound | SFranc | Peso | Yen | CdnDlr |
|---|---|---|---|---|---|---|---|
| Canada | 1.0220 | 1.3956 | 1.5368 | 0.96152 | 0.08131 | 0.01130 | ... |
| Japan | 90.480 | 123.56 | 136.05 | 85.126 | 7.1987 | ... | 88.532 |
| Mexico | 12.569 | 17.164 | 18.900 | 11.826 | ... | 0.13891 | 12.298 |
| Switzerland | 1.0629 | 1.4515 | 1.5983 | ... | 0.08457 | 0.01175 | 1.0400 |
| U.K. | 0.66503 | 0.90816 | ... | 0.62557 | 0.05291 | 0.00735 | 0.65071 |
| Euro | 0.73226 | ... | 1.1011 | 0.68884 | 0.05826 | 0.00809 | 0.71652 |
| U.S. | ... | 1.3656 | 1.5037 | 0.94092 | 0.07956 | 0.01105 | 0.97847 |
| Source: Thomson Reuters | | | | | | | |
| See Closing Cross Rates | | | | | | | |

## Currencies Highlights:
Exchange Rates
Hourly Snapshots
New York Closing Snapshot
MORE

Cross Rates: Closing Snapshot
Currency Futures
World Value of Dollar: Weekly

## Agriculture / Currencies / Energy / Index / Interest Rate / Metals / MORE
Cash Commodity Prices
Futures Options
Futures Settlement Prices
Indexes: Daily Closing
London Metals Prices
Performance by Asset Class

## CALENDARS & ECONOMY
03/15/10

### Highlights of Coming Releases

| Date | ET | Release | For Period | Consensus Forecast | Prior Actual | Actual | Revised From |
|---|---|---|---|---|---|---|---|
| Mar 15 | 08:30 a.m. | Empire State Mfg Survey | Mar. 2010 | 22.0 | 22.86 | 24.91 | |
| Mar 15 | 09:00 a.m. | Treasury International Capital | Jan. 2010 | | $19.1B | $53.3B | |
| Mar 15 | 01:00 p.m. | Housing Market Index | Mar. 2010 | | 17 | | |
| Mar 16 | 07:45 a.m. | ICSC-Goldman wk3/13, Store Sales | | | 2.9% | | |
| Mar 16 | 08:30 a.m. | Housing Starts | Feb. 2010 | 0.595M | 0.591M | | |
| Mar 16 | 08:30 a.m. | Import and Export Prices | Feb. 2010 | | 1.4% | | |
| Mar 16 | 08:55 a.m. | Redbook | wk3/13, 2010 | | 3.1% | | |

See Full Economic Calendar / Source: Econoday     Explanatory notes below

### Economy Links:
Archive of Economic Reports
Auto Sales
Charts of Key Indicators
Federal Reserve Monitor
WSJ Economic Forecasting Survey

### Calendar Links:
Bond Offerings
Earnings, Conference Calls
International Economic Events
IPOs and Stock Offerings
U.S. Economic Events

## EARNINGS
### Earnings Links:
Calendar
Company Research
Earnings Surprises

## Footnotes
Data is provided for information purposes only and is not intended for trading purposes. Thomson Reuters shall not be liable for any errors or delay in the content, or for any action taken in reliance on any content. The RIC or Reuters Instrument Code set has been developed and maintained by Thomson Reuters and is the intellectual property of Thomson Reuters.

Stocks: NYSE, Nasdaq and NYSE Amex stock quotes are delayed at least 15 minutes. Source: WSJ Market Data Group. International stock quotes are delayed as per exchange requirements. Source: Thomson Reuters.

Dow Jones stock indexes are updated in real-time except Dow Jones Shanghai Index, delayed 20 minutes. Source: Dow Jones & Co.

U.S. indexes are updated in real-time, except for the following delayed 20 minutes: PHLX.

International indexes are updated in real-time, except for the following delayed 10 minutes: JSX Composite; delayed 15 minutes: AEX, Bel-20, CAC 40, FTSE, Hang Seng, Irish All-Share, NZX 50, OEX All-Share, OMX, PSE, PSI 20, Shanghai 50, Shanghai Composite, Shenzhen Composite, Straits Times, STOXX, Vienna ATX; delayed 20 minutes: FTSE/JSE All-Share, Nikkei, S&P, Seoul Composite, Taiwan Weighted.

Source: Thomson Reuters.

Dow Jones industry Group data are updated in real-time. Leading and lagging sub-sectors are shown on this page.

Bonds: Bond quotes on this page are updated in real-time between 2:00 a.m. and 5:30 p.m. ET; change values are calculated based on price at 5 p.m. on the prior day. Charts update every 30 minutes between 8:35 a.m. and 4:30 p.m. Source: Thomson Reuters

Commodities & Futures: Index and corn futures quotes are delayed 10 minutes, other futures quotes are delayed 30 minutes. Quotes include open auction and electronic trading. Quotes are front-month contracts, except where noted. "Change" values may reset to zero during non-trading hours. For oil and gold futures "Change" values are calculated based on the settlement price from the prior day's open auction session until shortly after 6:00 p.m. ET. For DJIA futures "change" values are calculated based on the settlement price from the prior day's open auction session until the first trade is reported after the start of the electronic trading session at 7:16 p.m. ET. For S&P 500 futures "change" values are calculated based on the settlement price from the prior day's open auction session until the first trade is reported after the start of the electronic trading session at 5:00 p.m. ET. After the above referenced times "change" values are calculated based on the latest open auction settlement price. Source: Thomson Reuters. Rollover charts include open auction prices only.

Click on futures contract name for full quotes, settle prices and interactive charts.

Currencies: Currencies quotes are updated in real-time between late Sunday afternoon and late Friday afternoon Eastern time. Source: Thomson Reuters.

Mutual Funds: Data provided by Lipper Inc.

Exchange Traded Funds: Lists of best and worst performing ETFs aren't representative between 9:30-9:50 a.m. ET.

FedEx/UPS Spend > $50k/y?
Save 5% with contingency-based parcel audit. Ship more. Spend Less
www.directrecoverycorp.com

Data Center Education
Data Center infrastructure course offered April 2010 register now!
www.datacenterjournal.com/education

Du Jour Market
Gourmet market & restaurant. Now open for breakfast, lunch & dinner
http://www.DuJourMarket.com

## PARTNER CENTER     An Advertising Feature
$7.95 ONLINE TRADES
Trade Now at Fidelity

Calendars & Economy: Consensus forecasts are provided by Econoday. "Actual" numbers are added to table after economic reports are released. "Prior Actual" numbers may be updated with official revisions after economic reports are released. In these cases, the unrevised, originally reported "Prior Actual" numbers will be displayed under the "Revised From" column.

Update times for all markets data.

Return To Top

Markets Data Center Home - Market Data, Indexes, Stock Quotes & More - WSJ.com

**WSJ.com Account:**
My Account
Subscriber Billing Info

**Create an Account:**
Register for Free
Subscribe Now

**Help & Information Center:**
Help
Customer Service
Contact Us
New on WSJ.com
Tour the new Journal

**About:**
News Licensing
Advertising
Advertise Locally
Conferences
About Dow Jones
Privacy Policy - Updated
Subscriber Agreement &
Terms of Use - Updated
Copyright Policy
Jobs at WSJ.com

**WSJ.com:**
Site Map
Home
World
U.S
Business
Markets
Market Data
Tech
Personal Finance
Life & Style
Opinion
Autos
Careers
Real Estate
Small Business
Corrections

**Tools & Formats:**
Today's Paper
Video Center
Graphics
Columns
Blogs
Topics
Guides
Alerts
Newsletters
Mobile
Podcasts
   RSS Feeds
Journal Community
   WSJ on Twitter
   WSJ on Facebook
My Journal

**Digital Network**
WSJ.com
Marketwatch.com
Barrons.com
SmartMoney.com
AllThingsD.com
FINS.com
FiLife.com
BigCharts.com
Virtual Stock Exchange
WSJ U.S. Edition
WSJ Asia Edition
WSJ Europe Edition
WSJ India Page

Foreign Language Editions:
WSJ Chinese
WSJ Japanese
WSJ Portuguese
WSJ Spanish

Copyright ©2010 Dow Jones & Company, Inc. All Rights Reserved

| In re: NORTH VALLEY MALL, LLC | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 8:09-bk-19346-TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document described **DECLARATION OF J. MICHAEL ISSA IN SUPPORT OF THE CONFIRMATION OF DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 31, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**SEE ATTACHED**

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **March 31, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SERVED VIA OVERNIGHT MAIL – SEE ATTACHED**

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 31, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Theodor Albert, Ctrm. 5B
United States Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street
Santa Ana, CA 92701

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 31, 2010 | Lindsay Fisk | /s/ Lindsay Fisk |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

| In re: NORTH VALLEY MALL, LLC | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 8:09-bk-19346-TA |

## I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Thomas H Casey    msalustro@tomcaseylaw.com
Ashleigh A Danker    adanker@kayescholer.com
Beth Gaschen    bgaschen@wgllp.com
Jeffrey I Golden    jgolden@wgllp.com
Peter J Gurfein    pgurfein@akingump.com
Michael J Hauser    michael.hauser@usdoj.gov
John T Madden    jmadden@wgllp.com
Elmer D Martin    elmermartin@msn.com
Hutchison B Meltzer    hmeltzer@wgllp.com
Mary E Olden    molden@mhalaw.com, akauba@mhalaw.com
Evan D Smiley    esmiley@wgllp.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

## II.    SERVED VIA OVERNIGHT MAIL

Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812

C. Linda Barnes
Butte County Treasurer – Tax Collector
25 Country Center Drive, Suite 125
Oroville, CA 95965

## III.    SERVED VIA ELECTRONIC MAIL

North Valley Mall, LLC
P.O. Box 7029
Capistrano Beach, CA 92624
david@pzpartners.com

Office of the United States Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701
michael.hauser@usdoj.gov

KeyBank National Association
c/o Andrea Frost, Esq.
Sheldon Solow, Esq.
Kaye Scholer, LLP
70 W. Madison Street, Suite 4100
Chicago, IL 60602
afrost@kayescholer.com
ssolow@kayescholer.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                F 9013-3.1

| In re: NORTH VALLEY MALL, LLC | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 8:09-bk-19346-TA |

Kathleen Goldberg
Law Offices of Thomas H. Casey, Inc.
22342 Avenida Empresa, Suite 260
Rancho Santa Margartia, CA 92688
Attorneys for Creditor's Committee
msalustro@tomcaseylaw.com

Garfield Logan
Logan Retoske
31351 Rancho Viejo Rd., Suite 202
San Juan Capistrano, CA 92675
garfield@loganretoske.com

Mark D. Collins
Daniel J. DeFranceschi
Christopher M. Samis
L. Katherine Good
Richards, Layton 7 Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
collins@rlf.com
defranceschi@rlf.com
samis@rlf.com
good@rlf.com

Howard S. Beltzer
Wendy S. Walker
Kizzy L. Rosenblatt
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178
hbeltzer@morganlewis.com
wwalker@morganlewis.com
krosenblatt@morganlewis.com

Chad A. Fights
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
Wilmington, DE 19801
cfights@mnat.com

William D. Smothers
WDS Enterprises
P. O. Box 2706
Tupelo, Mississippi   38803
bsmothers@hancockfabrics.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1