**WEILAND, GOLDEN,**
**SMILEY, WANG EKVALL & STROK, LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Hutchison B. Meltzer, State Bar No. 217166
hmeltzer@wgllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:   (714) 966-1000
Facsimile:    (714) 966-1002

Attorneys for Debtor
North Valley Mall, LLC

FILED & ENTERED

MAY 20 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NORTH VALLEY MALL, LLC, a California limited liability company,<br><br>　　　　　　　Debtor. | Case No. 8:09-bk-19346-TA<br><br>Chapter 11 Case<br><br>**ORDER GRANTING DEBTOR'S SECOND MOTION FOR EXTENSION OF EXCLUSIVE PERIODS TO FILE A PLAN AND SOLICIT ACCEPTANCES OF ITS PLAN PURSUANT TO 11 U.S.C. § 1121(d)**<br><br>DATE:   April 7, 2010<br>TIME:    10:00 a.m.<br>PLACE:  Courtroom 5B<br>　　　　411 W. Fourth St.<br>　　　　Santa Ana, CA 92701 |

On April 7, 2010, in the above-captioned case, a hearing was held on the Debtor's Second Motion for Extension of Exclusive Periods to File a Plan and Solicit Acceptances of its Plan Pursuant to 11 U.S.C. § 1121(d) (the "Motion") filed by debtor and debtor-in-possession North Valley Mall, LLC (the "Debtor").  Appearances were as noted on the record.

Having considered the Motion and all papers filed in support thereof and opposition thereto, and finding that notice and service were proper and good cause therefore,

**IT IS ORDERED** that:

1. The Motion is granted;

2. The Debtor's exclusive period to file a Chapter 11 plan pursuant to 11 U.S.C. § 1121(c)(2) is extended to April 30, 2010; and

3. The Debtor's exclusive period to solicit acceptances to such plan pursuant to 11 U.S.C. § 1121(c)(3) is extended to June 29, 2010.

###

DATED: May 20, 2010

_____
United States Bankruptcy Judge

Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714 - 966 - 1000   Fax 714 - 966 - 1002

| In re: **NORTH VALLEY MALL, LLC, a California limited liability company** Debtor(s). | CHAPTER: **11 Case** <br> CASE NUMBER: **8:09-bk-19346-TA** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document described **ORDER GRANTING DEBTOR'S SECOND MOTION FOR EXTENSION OF EXCLUSIVE PERIODS TO FILE A PLAN AND SOLICIT ACCEPTANCES OF ITS PLAN PURSUANT TO 11 U.S.C. § 1121(D)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **April 19, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 19, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Hon. Theodor C, Albert
United States Bankruptcy Court
411 W. 4th Street
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/19/2010 | Margaret Sciesinski | /s/ *Margaret Sciesinski* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re: **NORTH VALLEY MALL, LLC, a California limited liability company** Debtor(s). | CHAPTER: **11 Case** CASE NUMBER: **8:09-bk-19346-TA** |
|---|---|

**BY U.S. MAIL**

North Valley Mall, LLC
P.O. Box 7029
Capistrano Beach, CA 92624

Office of the United States Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701

KeyBank National Association
c/o Andrea Frost, Esq.
Sheldon Solow, Esq.
Kaye Scholer, LLP
70 W. Madison Street, Suite 4100
Chicago, IL 60602

Kathleen Goldberg
Law Offices of Thomas H. Casey, Inc.
22342 Avenida Empresa, Suite 260
Rancho Santa Margarita, CA 92688
Attorneys for Creditor's Committee

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
412583.1

**F 9013-3.1**

| | |
|---|---|
| In re:<br>**NORTH VALLEY MALL, LLC, a California limited liability company**<br>Debtor(s). | CHAPTER: **11 Case**<br>CASE NUMBER: **8:09-bk-19346-TA** |

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING DEBTOR'S SECOND MOTION FOR EXTENSION OF EXCLUSIVE PERIODS TO FILE A PLAN AND SOLICIT ACCEPTANCES OF ITS PLAN PURSUANT TO 11 U.S.C. § 1121(D)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of **April 19, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

Thomas H Casey      msalustro@tomcaseylaw.com
Ashleigh A Danker      adanker@kayescholer.com
Beth Gaschen      bgaschen@wgllp.com
Jeffrey I Golden      jgolden@wgllp.com
Peter J Gurfein      pgurfein@akingump.com
Michael J Hauser      michael.hauser@usdoj.gov
John T Madden      jmadden@wgllp.com
Elmer D Martin      elmermartin@msn.com
Hutchison B Meltzer      hmeltzer@wgllp.com
Mary E Olden      molden@mhalaw.com, akauba@mhalaw.com
Evan D Smiley      esmiley@wgllp.com
United States Trustee (SA)      ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II.   SERVED BY THE COURT VIA U.S. MAIL:**  A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

North Valley Mall, LLC
P.O. Box 7029
Capistrano Beach, CA 92624

☐ Service information continued on attached page

**III.   TO BE SERVED BY THE LODGING PARTY:**  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                   **F 9021-1.1**
412583.1

| In re: | CHAPTER: **11 Case** |
|---|---|
| **NORTH VALLEY MALL, LLC, a California limited liability company** | |
| Debtor(s). | CASE NUMBER: **8:09-bk-19346-TA** |

**TO BE SERVED BY THE LODGING PARTY**

KeyBank National Association
c/o Andrea Frost, Esq.
Sheldon Solow, Esq.
Kaye Scholer, LLP
70 W. Madison Street, Suite 4100
Chicago, IL 6060

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**

412583.1